**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF ARIZONA

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **San Tan Manufacturing LLC** |
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **88-2099887** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **2378 W Apache Trail** <br> **Apache Junction, AZ 85120** <br> Number, Street, City, State & ZIP Code | |
| | P.O. Box, Number, Street, City, State & ZIP Code |
| **Maricopa** <br> County | **Location of principal assets, if different from principal place of business** |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)  _____

6. **Type of debtor**

   ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

   ☐ Partnership (excluding LLP)

   ☐ Other. Specify:  _____

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   __3361__

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

District _____  When _____  Case number _____

District _____  When _____  Case number _____

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No

■ Yes.

Debtor  **DLD3 Carfts, LLC dba San Tan Golf Carts**    Relationship  **Affiliate**

District  **Arizona**    When  **6/21/24**    Case number, if known  **2:24-bk-4998-P S**

**11. Why is the case filed in this district?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

     Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

       Contact name _____

       Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

.   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ■ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 21, 2024**
_____
MM / DD / YYYY

X **/s/ Donald R. Cooley III**
_____
Signature of authorized representative of debtor

**Donald R. Cooley III**
_____
Printed name

_____
Email Address of debtor

Title    **Manager-Member**
_____

**18. Signature of attorney**

X **/s/ Warren J. Stapleton**
_____
Signature of attorney for debtor

Date **June 21, 2024**
_____
MM / DD / YYYY

**Warren J. Stapleton 018646**
_____
Printed name

**OSBORN MALEDON, P.A.**
_____
Firm name

**2929 N. Central Avenue**
**Suite 2100**
**Phoenix, AZ 85012**
_____
Number, Street, City, State & ZIP Code

Contact phone    **602-640-9354**    Email address    **wstapleton@omlaw.com**

**018646 AZ**
_____
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **San Tan Manufacturing LLC** |
| United States Bankruptcy Court for the: | **DISTRICT OF ARIZONA** |
| | _____ |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Josh Weeks Enterprises LLC c/o Capstone Mortgage 1620 N 82nd Pl Scottsdale, AZ 85257** | **tstone@capstone-mortgage.com** | **All tangible and intangible property** | | **$500,000.00** | **$0.00** | **$500,000.00** |
| **Samson MCA LLC 17 State St 16th Flr New York, NY 10004** | | **Deposit accounts, accounts receivables, general intangibles, instruments and inventory** | **Unliquidated Disputed** | | | **$294,816.00** |
| **Byzfunder NY LLC 530 7th Ave Ste 505 New York, NY 10018** | | **Deposit accounts, accounts receivables, general intangibles, instruments and inventory** | **Unliquidated Disputed** | | | **$192,245.40** |
| **Fox Funding Group LLC 803 S 21st Ave Hollywood, FL 33020** | | **Deposit accounts, accounts receivables, general intangibles, instruments and inventory** | **Unliquidated Disputed** | | | **$137,302.90** |
| **Spartan Capital 30 Wall St 8th Floor New York, NY 10005** | **allorens@spartanc apitalgroup.com** | **Deposit accounts, accounts receivables, general intangibles, instruments and inventory** | **Unliquidated Disputed** | | | **$115,200.00** |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Expert Funding 585 Stewart Ave Ste L90 Garden City, NY 11530** | | **Deposit accounts, accounts receivables, general intangibles, instruments and inventory** | **Unliquidated Disputed** | | | **$72,500.00** |
| **Elde Bailey 5929 Fashion Point Dr ste 300 Ogden, UT 84403** | | | | | | **$12,600.00** |
| **Brown & Joseph One Pierce Pl Ste 700 Itasca, IL 60143** | | **Travelers Insurance Premium** | | | | **$471.00** |
| **US Bank Platinum** | | | **Unliquidated** | | | **$98.19** |

# United States Bankruptcy Court
## District of Arizona

In re    **San Tan Manufacturing LLC**            Case No.   _____

                     Debtor(s)            Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Donald Cooley III** <br> **11535 E Shepperd Ave** <br> **Mesa, AZ 85212** | **N/A** | **45%** | **Stock** |
| **Donald Cooley Jr** <br> **10528 E Palladium Dr** <br> **Mesa, AZ 85212** | **N/A** | **45%** | **Stock** |
| **Roberto Galante** <br> **1935 E Ivanhoe St** <br> **Gilbert, AZ 85295** | **N/A** | **10%** | **Stock** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the **Manager-Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **June 21, 2024**               Signature   **/s/ Donald R. Cooley III**

                                                            **Donald R. Cooley III**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## District of Arizona

In re    **San Tan Manufacturing LLC**

Debtor(s)

Case No.

Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **San Tan Manufacturing LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**June 21, 2024**

Date

**/s/ Warren J. Stapleton**

**Warren J. Stapleton 018646**

Signature of Attorney or Litigant

Counsel for   **San Tan Manufacturing LLC**

**OSBORN MALEDON, P.A.**
**2929 N. Central Avenue**
**Suite 2100**
**Phoenix, AZ 85012**
**602-640-9354 Fax:602-640-9050**
**wstapleton@omlaw.com**

**JOINT WRITTEN CONSENT IN LIEU OF A SPECIAL MEETING
OF THE MEMBER AND MANAGERS OF
DLD3 CARTS, LLC – and – SAN TAN MANUFACTURING, LLC
AUTHORIZING CHAPTER 11 FILING**

### Effective as of June 20, 2024

The undersigned, being: (1) the 60% members and all of the managers of DLD3 Carts, LLC, dba San Tan Golf Carts, a Arizona limited liability company; and (2) the 90% members and all of the managers of San Tan Manufacturing, LLC, an Arizona limited liability company, (collectively the "Members," "Managers," and "Companies"), hereby consent to and approve the actions set forth in the following resolutions without a meeting as permitted by Arizona Revised Statutes, Section 29-3301 and 33-3407(C), effective as of the date set forth above:

RESOLVED that in the judgment of the Members and Managers it is desirable and in the best interests of the Companies, their creditors and other interested parties, that a petition be filed by the Companies seeking relief under the provisions of Title 11 Chapter 11 Subchapter V of the United States Code (the "Bankruptcy Code"); and it is further

RESOLVED that Don Cooley, III and Don Cooley, Jr., jointly and independently, are hereby appointed by the Members and Managers as authorized signatories for the bankruptcy case (hereinafter, each is referred to as an "Authorized Signatory"); and it is further

RESOLVED that Don Cooley, III and Don Cooley, Jr., are authorized, empowered and appointed by the Member and Managers to file the bankruptcy case under chapter 11 of the Bankruptcy Code; and it is further

RESOLVED that the Companies employ Warren Stapleton and Andrew Haynes, Esq. of Osborn Maledon, P.A., to represent the Companies in connection with the Chapter 11 proceeding authorized herein; and it is further

RESOLVED that the Authorized Signatory be, and hereby is, authorized and directed on behalf of the Companies to execute and verify a petition in the name of the Companies under the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the District of Arizona in such form and at such time as the Authorized Signatory executing said petition on behalf of the Companies shall determine; and it is further

RESOLVED that the Authorized Signatory, hereby is, authorized, directed and empowered, on behalf of and in the name of the Companies, to execute, verify and/or file, or cause to be filed and/or executed or verified (or direct others to do so on his behalf as provided herein) all necessary documents, including, without limitation, all petitions, affidavits, schedules, motions, lists, applications, pleadings, and other papers, and in that connection to employ and retain all assistance by legal counsel, investment bankers, accountants or other professionals and to take any and all action which he deems necessary and proper in connection with the bankruptcy case contemplated hereby, with a view to the successful prosecution of such case; including, without limitation, to direct the actions of legal counsel in connection with

the bankruptcy case contemplated hereby, and it is further

RESOLVED that the Authorized Signatory be, and hereby is, authorized, in the name and on behalf of the Companies, to take or cause to be taken any and all such further action and to execute and deliver to cause to be executed or delivered all such further agreements, documents, certificates and undertakings, and to incur all such fees and expenses as in his judgment shall be necessary, appropriate or advisable to effectuate the purpose and intent of any and all of the foregoing resolutions; and it is further

RESOLVED that all actions previously taken by the Authorized Signatory in connection with the Bankruptcy filing, or any matter related thereto, are hereby adopted, ratified, confirmed and approved in all respects as the acts and deeds of the Companies; and it is further

RESOLVED that all acts lawfully done or actions lawfully taken by the Authorized Signatory to seek relief on behalf of the Companies under the Bankruptcy Code or in connection with the bankruptcy case, or any matter related thereto, be, and hereby are, adopted, ratified, confirmed and approved in all respects as the acts and deeds of the Companies.

Don Cooley, III, Manager

Don Cooley, Jr., Manager

**Statement Regarding the Debtors' Financial Statements Attached to the Petition:**

San Tan Manufacturing's financials were last reconciled in February 2024 and this lack of reconciliation also affects San Tan Golf Cart's financial statements.  In addition, San Tan Golf Cart's balance sheet does not reflect the $500,000 loan made by Captstone Mortgage (aka Josh Weeks Enterprises, LLC) in 2022, although that loan appears on San Tan Manufacturing's balance sheet.   Similarly, San Tan Manufacturing's balance sheet does not show the loans made by the Factoring Lenders (as that term is defined in the Debtors' first day cash collateral motion).   (These loans are reflected in publicly filed UCC-1s by these entities.)  In addition, the inventory numbers on the attached financials reflect the Debtor's cost for the inventory – not their current value – which is likely to be substantially less.

The Debtors' management is currently working with its new bookkeeper to put the financial statements on a more solid footing.

# San Tan Manufacturing LLC

## Balance Sheet
### As of June 19, 2024

|  | TOTAL |
|---|---:|
| **ASSETS** | |
| Current Assets | |
| Bank Accounts | |
| 1000 ALFA-Checking 3425 - 1 | 0.00 |
| **Total Bank Accounts** | **$0.00** |
| Other Current Assets | |
| 1400 Inventory | 444,486.72 |
| 1515 N/R San Tan Golf Carts | 207,118.00 |
| **Total Other Current Assets** | **$651,604.72** |
| **Total Current Assets** | **$651,604.72** |
| **TOTAL ASSETS** | **$651,604.72** |
| **LIABILITIES AND EQUITY** | |
| Liabilities | |
| Current Liabilities | |
| Credit Cards | |
| 2100 Capital One - 7909 | 0.00 |
| 2110 US Bank - 3152 | 98.19 |
| **Total Credit Cards** | **$98.19** |
| Other Current Liabilities | |
| 2200 N/P San Tan Golf Carts | 206,650.88 |
| 2405 Arizona Department of Revenue Payable | 0.00 |
| 2599 Payroll Clearing | 0.00 |
| 2600 Payroll Liabilities | 124.80 |
| **Total Other Current Liabilities** | **$206,775.68** |
| **Total Current Liabilities** | **$206,873.87** |
| Long-Term Liabilities | |
| 2800 Capstone Mortgage Loan *4552 | 479,909.99 |
| 2810 Samson Horus Funding *2671 | 370,222.38 |
| **Total Long-Term Liabilities** | **$850,132.37** |
| **Total Liabilities** | **$1,057,006.24** |
| Equity | |
| 3210 Shareholder Distributions | |
| 3211 Don III Distributions | 1,532.80 |
| **Total 3210 Shareholder Distributions** | **1,532.80** |
| 3500 Retained Earnings | -543,589.15 |
| Net Income | 136,654.83 |
| **Total Equity** | **$ -405,401.52** |
| **TOTAL LIABILITIES AND EQUITY** | **$651,604.72** |

Case 2:24-bk-05001-BMW    Doc 1    Filed 06/21/24    Entered 06/21/24 11:43:19    Desc
Main Document    Page 13 of 59
Cash Basis  Wednesday, June 19, 2024 03:33 AM GMT-07:00                                                    1/1

# San Tan Manufacturing LLC

## Profit and Loss
### January 1 - June 19, 2024

|  | TOTAL |
|---|---|
| **Income** | |
| 4000 Sales of Product Income | 111,015.15 |
| 4050 Services/Labor | 40,084.85 |
| **Total Income** | **$151,100.00** |
| **GROSS PROFIT** | **$151,100.00** |
| Expenses | |
| 3670 Insurance | 169.99 |
| 6100 Bank Fees & Service Charges | 150.00 |
| 6220 Contract Labor | 600.00 |
| 6310 Dues & Subscriptions | 294.57 |
| 6400 Interest | 788.54 |
| 6560 Payroll Processing Fees | 292.78 |
| 6580 Payroll Taxes | 492.00 |
| 6670 Professional Services | 6,857.29 |
| 6890 Wages-Owners | 3,000.00 |
| 6900 Wages-Employees | 1,800.00 |
| **Total Expenses** | **$14,445.17** |
| **NET OPERATING INCOME** | **$136,654.83** |
| **NET INCOME** | **$136,654.83** |

Cash Basis Monday, June 19, 2024 08:34 AM GMT-07:00

EIDE BAILLY LLP
5929 FASHION POINT DR., STE. 300
OGDEN, UT 84403-4684



SAN TAN MANUFACTURING LLC
2378 W APACHE TRAIL
APACHE JCT, AZ  85120

326340
04-01-23



**CPAs & BUSINESS ADVISORS**

May 2, 2024

San Tan Manufacturing LLC
2378 W Apache Trail
Apache JCT, AZ  85120

San Tan Manufacturing LLC:

Enclosed are your 2023 partnership tax returns, as follows…

2023 U.S. Return of Partnership Income

2023 Arizona Partnership Tax Return

Instructions for filing the above forms are furnished for easy reference.

We prepared the returns from information you furnished us without verification.  Upon examination of the returns by taxing authorities, requests may be made for underlying data.  We therefore recommend that you preserve all records which you may be called upon to produce in connection with such an examination.

Many states require legal entities, especially Limited Partnerships and LLC's, to register with them in order to do business in their state. Please remember to keep your registration active and current for each state that you have business activities.

The Corporate Transparency Act (CTA) requires new beneficial ownership disclosures to the Financial Crimes Enforcement Network (FinCEN) starting January 1, 2024. Because the CTA does not directly involve the IRS and no CTA disclosures are required with any federal or state tax filings, we cannot directly advise or assist with these new requirements. We recommend contacting your legal counsel for further advice.

Please advise us if the Internal Revenue Service and/or State Tax Commission makes written or verbal inquiries regarding this return.  Internal Revenue Service and/or State Tax Commission correspondence is occasionally incomplete and/or inaccurate.  We will assist you in resolving any tax matter upon your request.

Your copy should be retained for your files.

We sincerely appreciate the opportunity to serve you.  Please contact us if you have any questions concerning the tax returns.

Sincerely,



Derek L. Bell, CPA

| Name of partnership | Employer identification number |
|---|---|
| SAN TAN MANUFACTURING LLC | **-***9887 |

| Description | Prior Year | Current Year | Increase (Decrease) |
|---|---|---|---|
| NUMBER OF PARTNERS | 3. | 3. | 0. |
| TRADE OR BUSINESS INCOME OR LOSS: | | | |
| GROSS RECEIPTS OR SALES | 0. | 1,268,805. | 1,268,805. |
| COST OF GOODS SOLD: | | | |
|   PURCHASES LESS ITEMS WITHDRAWN | 0. | 1,498,124. | 1,498,124. |
|   TOTAL | 0. | 1,498,124. | 1,498,124. |
|   INVENTORY AT END OF YEAR | 0. | 317,151. | 317,151. |
| COST OF GOODS SOLD | 0. | 1,180,973. | 1,180,973. |
| GROSS PROFIT | 0. | 87,832. | 87,832. |
| TOTAL INCOME (LOSS) | 0. | 87,832. | 87,832. |
| DEDUCTIONS: | | | |
| SALARIES AND WAGES | 0. | 41,600. | 41,600. |
| REPAIRS AND MAINTENANCE | 2,267. | 14,072. | 11,805. |
| RENT | 0. | 25,646. | 25,646. |
| TAXES AND LICENSES | 125. | 3,788. | 3,663. |
| INTEREST | 74,675. | 316,483. | 241,808. |
| OTHER DEDUCTIONS | 33,861. | 118,712. | 84,851. |
| TOTAL DEDUCTIONS | 110,928. | 520,301. | 409,373. |
| ORDINARY INCOME (LOSS) | -110,928. | -432,469. | -321,541. |
| SCHEDULE K: | | | |
| INCOME (LOSS): | | | |
| ORDINARY TRADE/BUSINESS INCOME/LOSS | -110,928. | -432,469. | -321,541. |
| SELF-EMPLOYMENT: | | | |
| EARNINGS/LOSS FROM SELF-EMPLOYMENT | -110,928. | -432,469. | -321,541. |
| GROSS NONFARM INCOME | 0. | 79,049. | 79,049. |
| OTHER: | | | |
| DISTRIBUTIONS OF MONEY | 191. | 0. | -191. |
| OTHER ITEMS AND AMOUNTS | -36,253. | 533,747. | 570,000. |

| Name of partnership | Employer identification number |
|---|---|
| SAN TAN MANUFACTURING LLC | **-***9887 |

| Description | Prior Year | Current Year | Increase (Decrease) |
|---|---|---|---|
| SCHEDULE M-1: | | | |
| NET INCOME (LOSS) PER BOOKS | -110,928. | -432,469. | -321,541. |
| TOTAL- NET BOOK INC THROUGH EXPENSE | -110,928. | -432,469. | -321,541. |
| INCOME (LOSS) | -110,928. | -432,469. | -321,541. |
| SCHEDULE M-2: | | | |
| CAPITAL AT BEGINNING OF YEAR | 0. | -111,119. | -111,119. |
| CAPITAL CONTRIBUTED DURING YEAR | 0. | 1,533. | 1,533. |
| NET INCOME (LOSS) PER BOOKS | -110,928. | -432,469. | -321,541. |
| TOTAL- BEGINNING CAP THROUGH INCR | -110,928. | -542,055. | -431,127. |
| CASH DISTRIBUTIONS | 191. | 0. | -191. |
| TOTAL- CASH CONT THROUGH OTHER DECR | 191. | 0. | -191. |
| CAPITAL BALANCE AT END OF YEAR | -111,119. | -542,055. | -430,936. |

CLIENT COPY

# 2023 TAX RETURN FILING INSTRUCTIONS

## U.S. RETURN OF PARTNERSHIP INCOME

### FOR THE YEAR ENDING
December 31, 2023

**Prepared For:**

San Tan Manufacturing LLC
2378 W Apache Trail
Apache JCT, AZ  85120

**Prepared By:**

Eide Bailly LLP
5929 Fashion Point Dr., Ste. 300
Ogden, UT 84403-4684

**To Be Signed and Dated By:**

A member of the LLC

**Amount of Tax:**

Not applicable

**Mail Tax Return To:**

This return has qualified for electronic filing.  After you have reviewed your return for completeness and accuracy, please sign, date and return Form 8879-PE to our office. We will then submit your electronic return to the IRS.

**Forms to be Distributed to Partners:**

Enclosed are copies of Schedule K-1 to be distributed to the members.

**Return Must be Mailed On or Before:**

Return federal Form 8879-PE to us by September 16, 2024.

**Special Instructions:**

Do not mail the paper copy of the return to the IRS.

CLIENT COPY

Form **8879-PE**

Department of the Treasury
Internal Revenue Service

# E-file Authorization for Form 1065

(For return of partnership income or administrative adjustment request)

**ERO must obtain and retain completed Form 8879-PE.**
Go to www.irs.gov/Form8879PE for the latest information.

For calendar year 2023, or tax year beginning _____ , 2023, ending _____ ,20 ____ .

OMB No. 1545-0123

**2023**

| Name of partnership | Employer identification number |
|---|---|
| SAN TAN MANUFACTURING LLC | **-***9887 |

## Part I Form 1065 Information (Whole dollars only)

| | | |
|---|---|---:|
| 1 Gross receipts or sales less returns and allowances (Form 1065, line 1c) | 1 | 1,268,805. |
| 2 Gross profit (Form 1065, line 3) | 2 | 87,832. |
| 3 Ordinary business income (loss) (Form 1065, line 23) | 3 | -432,469. |
| 4 Net rental real estate income (loss) (Form 1065, Schedule K, line 2) | 4 | |
| 5 Other net rental income (loss) (Form 1065, Schedule K, line 3c) | 5 | |

## Part II Declaration and Signature Authorization of Partner or Member or Partnership Representative

I declare under penalties of perjury that:

1a. If the Form 1065 is being transmitted as part of a return of partnership income, I am a partner or member of the named partnership.

b. If the Form 1065 is being transmitted as part of an administrative adjustment request (AAR), I am the partnership representative (PR) of the named partnership.

2 I have examined a copy of the partnership's electronic Form 1065 (whether used as return or AAR) and accompanying forms, schedules, and statements, and to the best of my knowledge and belief, it/they is/are true, correct, and complete.

3 I am fully authorized to sign the return or AAR on behalf of the partnership.

4 The amounts shown in Part I above are the amounts shown on the electronic copy of the partnership's Form 1065.

5 I consent to allow my electronic return originator (ERO), transmitter, or intermediate service provider to transmit the partnership's return or AAR to the IRS and to receive from the IRS (a) an acknowledgment of receipt or reason for rejection of the transmission and (b) the reason for any delay in processing the return or AAR.

6 I have selected a personal identification number (PIN) as my signature for the partnership's electronic return of partnership income or AAR.

**Partner's or Member or PR PIN: check one box only**

[X] I authorize **EIDE BAILLY LLP** to enter my PIN **51017**

**ERO firm name** — Don't enter all zeros

as my signature on the partnership's 2023 electronically filed return of partnership income or AAR.

[ ] As a Partner or Member or PR of the partnership, I will enter my PIN as my signature on the partnership's 2023 electronically filed return of partnership income or AAR..

Partner or Member or PR signature: _____

Title: **PARTNER** Date: _____

## Part III Certification and Authentication

**ERO's EFIN/PIN.** Enter your six-digit EFIN followed by your five-digit self-selected PIN. ████ **1582**

Don't enter all zeros

I certify that the above numeric entry is my PIN, which is my signature on the 2023 electronically filed return of partnership income or AAR for the partnership indicated above. I confirm that I am submitting this return or AAR in accordance with the requirements of **Pub. 3112**, IRS *e-file* Application and Participation, and **Pub. 4163**, Modernized e-File (MeF) Information for Authorized IRS *e-file* Providers for Business Returns.

ERO's signature: **DEREK L. BELL, CPA** Date: **05/02/24**

### ERO Must Retain This Form - See Instructions
### Don't Submit This Form to the IRS Unless Requested To Do So

For Paperwork Reduction Act Notice, see instructions.

Form **8879-PE** (2023)

LHA    321031 01-05-24

# Expanded Capital Account Summary

Name SAN TAN MANUFACTURING LLC                              I.D. Number **-***9887

---

| Partner Number | | | | Partner's Identification Number |
|---|---|---|---|---|
| 1 | DONALD R COOLEY, III<br>1535 E SHEPPERD AVE<br>MESA, AZ  85212 | | | ***-**-0621 |

| Beginning Capital | Capital Contributed | Schedule M-2, Lines 3, 4 & 7 | Withdrawals | Ending Capital |
|---|---|---|---|---|
| -55,655. | 1,533. | -216,235. | | -270,357. |

---

| Partner Number | | | | Partner's Identification Number |
|---|---|---|---|---|
| 2 | DONALD R COOLEY, JR.<br>10528 E PALLADIUM DR<br>MESA, AZ  85212 | | | ***-**-3032 |

| Beginning Capital | Capital Contributed | Schedule M-2, Lines 3, 4 & 7 | Withdrawals | Ending Capital |
|---|---|---|---|---|
| -55,464. | | -216,234. | | -271,698. |

---

| Partner Number | | | | Partner's Identification Number |
|---|---|---|---|---|
| 3 | ROBERTO P GALANTE<br>1935 E IVANHOE ST.<br>GILBERT, AZ  85295 | | | ***-**-5713 |

| Beginning Capital | Capital Contributed | Schedule M-2, Lines 3, 4 & 7 | Withdrawals | Ending Capital |
|---|---|---|---|---|
| | | | | |

---

| Partner Number | | | | Partner's Identification Number |
|---|---|---|---|---|
| | | | | |

| Beginning Capital | Capital Contributed | Schedule M-2, Lines 3, 4 & 7 | Withdrawals | Ending Capital |
|---|---|---|---|---|
| | | | | |

---

### Total For All Partner's Capital Accounts

| Beginning Capital | Capital Contributed | Schedule M-2, Lines 3, 4 & 7 | Withdrawals | Ending Capital |
|---|---|---|---|---|
| -111,119. | 1,533. | -432,469. | 0. | -542,055. |

311911
04-01-23

Form **1065**

## U.S. Return of Partnership Income

OMB No. 1545-0123

Department of the Treasury
Internal Revenue Service

For calendar year 2023, or tax year beginning _____, ending _____

Go to www.irs.gov/Form1065 for instructions and the latest information.

**2023**

| A Principal business activity | Name of partnership | D Employer identification number |
|---|---|---|
| MANUFACTURING | SAN TAN MANUFACTURING LLC | **-***9887 |
| B Principal product or service | Type or Print — Number, street, and room or suite no. If a P.O. box, see instructions. | E Date business started |
| GOLF CARTS | 2378 W APACHE TRAIL | 05/03/2022 |
| C Business code number | City or town, state or province, country, and ZIP or foreign postal code | F Total assets (see instr.) |
| 459990 | APACHE JCT      AZ 85120 | $ 524,511. |

G Check applicable boxes: **(1)** ☐ Initial return **(2)** ☐ Final return **(3)** ☐ Name change **(4)** ☐ Address change **(5)** ☐ Amended return

H Check accounting method: **(1)** ☒ Cash **(2)** ☐ Accrual **(3)** ☐ Other (specify) _____

I Number of Schedules K-1. Attach one for each person who was a partner at any time during the tax year ▶ 3

J Check if Schedules C and M-3 are attached ................................. ☐

K Check if partnership: **(1)** ☐ Aggregated activities for section 465 at-risk purposes **(2)** ☐ Grouped activities for section 469 passive activity purposes

**Caution:** Include **only** trade or business income and expenses on lines 1a through 23 below. See instructions for more information.

### Income

| | | | |
|---|---|---|---|
| 1a | Gross receipts or sales | 1a 1,268,805. | |
| b | Less returns and allowances | 1b | |
| c | Balance | 1c | 1,268,805. |
| 2 | Cost of goods sold (attach Form 1125-A) | 2 | 1,180,973. |
| 3 | Gross profit. Subtract line 2 from line 1c | 3 | 87,832. |
| 4 | Ordinary income (loss) from other partnerships, estates, and trusts (attach statement) | 4 | |
| 5 | Net farm profit (loss) (attach Schedule F (Form 1040)) | 5 | |
| 6 | Net gain (loss) from Form 4797, Part II, line 17 (attach Form 4797) | 6 | |
| 7 | Other income (loss) (attach statement) | 7 | |
| 8 | **Total income (loss). Combine lines 3 through 7** | 8 | 87,832. |

### Deductions (see instructions for limitations)

| | | | |
|---|---|---|---|
| 9 | Salaries and wages (other than to partners) (less employment credits) | 9 | 41,600. |
| 10 | Guaranteed payments to partners | 10 | |
| 11 | Repairs and maintenance | 11 | 14,072. |
| 12 | Bad debts | 12 | |
| 13 | Rent | 13 | 25,646. |
| 14 | Taxes and licenses | SEE STATEMENT 1 | 14 | 3,788. |
| 15 | Interest (see instructions) | 15 | 316,483. |
| 16a | Depreciation (if required, attach Form 4562) | 16a | |
| b | Less depreciation reported on Form 1125-A and elsewhere on return | 16b | 16c | |
| 17 | Depletion **(Do not deduct oil and gas depletion.)** | 17 | |
| 18 | Retirement plans, etc. | 18 | |
| 19 | Employee benefit programs | 19 | |
| 20 | Energy efficient commercial buildings deduction (attach Form 7205) | 20 | |
| 21 | Other deductions (attach statement) | SEE STATEMENT 2 | 21 | 118,712. |
| 22 | **Total deductions.** Add the amounts shown in the far right column for lines 9 through 21 | 22 | 520,301. |
| 23 | **Ordinary business income (loss).** Subtract line 22 from line 8 | 23 | -432,469. |

### Tax and Payment

| | | | |
|---|---|---|---|
| 24 | Interest due under the look-back method-completed long-term contracts (attach Form 8697) | 24 | |
| 25 | Interest due under the look-back method-income forecast method (attach Form 8866) | 25 | |
| 26 | BBA AAR imputed underpayment (see instructions) | 26 | |
| 27 | Other taxes (see instructions) | 27 | |
| 28 | **Total balance due.** Add lines 24 through 27 | 28 | |
| 29 | Elective payment election amount from Form 3800 | 29 | |
| 30 | Payment (see instructions) | 30 | |
| 31 | **Amount owed.** If the sum of line 29 and line 30 is smaller than line 28, enter amount owed | 31 | |
| 32 | **Overpayment.** If the sum of line 29 and line 30 is larger than line 28, enter overpayment | 32 | |

### Sign Here

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than partner or limited liability company member) is based on all information of which preparer has any knowledge.

_____      _____
Signature of partner or limited liability company member      Date

May the IRS discuss this return with the preparer shown below? See instr.   ☒ Yes  ☐ No

### Paid Preparer Use Only

| Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|
| DEREK L. BELL, CPA | | 05/02/24 | | P01074636 |
| Firm's name ▶ EIDE BAILLY LLP | | | Firm's EIN ▶ **-***0958 | |
| Firm's address ▶ 5929 FASHION POINT DR., STE. 300 OGDEN, UT 84403-4684 | | | Phone no. 801-621-1575 | |

| Schedule B | Other Information |
| --- | --- |

**1** What type of entity is filing this return?  Check the applicable box:

| | | | | Yes | No |
| --- | --- | --- | --- | --- | --- |
| **a** ☐ Domestic general partnership | | **b** ☐ Domestic limited partnership | | | |
| **c** ☒ Domestic limited liability company | | **d** ☐ Domestic limited liability partnership | | | |
| **e** ☐ Foreign partnership | | **f** ☐ Other | | | |

**2** At the end of the tax year:

**a** Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization, or any foreign government own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If "Yes," attach Schedule B-1, Information on Partners Owning 50% or More of the Partnership ........ **X**

**b** Did any individual or estate own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If "Yes," attach Schedule B-1, Information on Partners Owning 50% or More of the Partnership ........ **X**

**3** At the end of the tax year, did the partnership:

**a** Own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (iv) below ........ **X**

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage Owned in Voting Stock |
| --- | --- | --- | --- |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**b** Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below ........ **X**

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
| --- | --- | --- | --- | --- |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | | Yes | No |
| --- | --- | --- | --- |
| **4** | Does the partnership satisfy **all four** of the following conditions? | | |
| **a** | The partnership's total receipts for the tax year were less than $250,000. | | |
| **b** | The partnership's total assets at the end of the tax year were less than $ 1 million. | | |
| **c** | Schedules K-1 are filed with the return and furnished to the partners on or before the due date (including extensions) for the partnership return. | | |
| **d** | The partnership is not filing and is not required to file Schedule M-3 .......... | | **X** |
| | If "Yes," the partnership is not required to complete Schedules L, M-1, and M-2; item F on page 1 of Form 1065; or item L on Schedule K-1. | | |
| **5** | Is this partnership a publicly traded partnership, as defined in section 469(k)(2)? | | **X** |
| **6** | During the tax year, did the partnership have any debt that was canceled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt? | | **X** |
| **7** | Has this partnership filed, or is it required to file, Form 8918, Material Advisor Disclosure Statement, to provide information on any reportable transaction? | | **X** |
| **8** | At any time during calendar year 2023, did the partnership have an interest in or a signature or other authority over a financial account in a foreign country (such as a bank account, securities account, or other financial account)? See instructions for exceptions and filing requirements for FinCEN Form 114, Report of Foreign Bank and Financial Accounts (FBAR). If "Yes," enter the name of the foreign country | | **X** |
| **9** | At any time during the tax year, did the partnership receive a distribution from, or was it the grantor of, or transferor to, a foreign trust? If "Yes," the partnership may have to file Form 3520, Annual Return To Report Transactions With Foreign Trusts and Receipt of Certain Foreign Gifts. See instructions | | **X** |
| **10 a** | Is the partnership making, or had it previously made (and not revoked), a section 754 election? If "Yes," enter the effective date of the election. See instructions for details regarding a section 754 election _____ | | **X** |
| **b** | For this tax year, did the partnership make an optional basis adjustment under section 743(b)? If "Yes," enter the total aggregate net positive amount $ _____ and the total aggregate net negative amount $ ( _____ ) of such section 743(b) adjustments for all partners made in the tax year. The partnership must attach a statement showing the computation and allocation of each basis adjustment. See instructions | | **X** |

| | Schedule B   **Other Information** (continued) | Yes | No |
|---|---|---|---|
| **c** | For this tax year, did the partnership make an optional basis adjustment under section 734(b)? If "Yes," enter the total aggregate net positive amount $ _____ and the total aggregate net negative amount $ (_____) of such section 734(b) adjustments for all partnership property made in the tax year. The partnership must also attach a statement showing the computation and allocation of each basis adjustment. See instructions | | X |
| **d** | For this tax year, is the partnership required to adjust the basis of partnership property under section 743(b) or 734(b) because of a substantial built-in loss (as defined under section 743(d)) or substantial basis reduction (as defined under section 734(d))? If "Yes," enter the total aggregate amount of such section 743(b) adjustments and/or section 734(b) adjustments for all partners and/or partnership property made in the tax year $ _____. The partnership must also attach a statement showing the computation and allocation of the basis adjustment. See instructions | | X |
| **11** | Check this box if, during the current or prior tax year, the partnership distributed any property received in a like-kind exchange or contributed such property to another entity (other than disregarded entities wholly owned by the partnership throughout the tax year) ▸ ☐ | | |
| **12** | At any time during the tax year, did the partnership distribute to any partner a tenancy-in-common or other undivided interest in partnership property? | | X |
| **13** | If the partnership is required to file Form 8858, Information Return of U.S. Persons With Respect to Foreign Disregarded Entities (FDEs) and Foreign Branches (FBs), enter the number of Forms 8858 attached. See instructions | | |
| **14** | Does the partnership have any foreign partners? If "Yes," enter the number of Forms 8805, Foreign Partner's Information Statement of Section 1446 Withholding Tax, filed for this partnership | | X |
| **15** | Enter the number of Forms 8865, Return of U.S. Persons With Respect to Certain Foreign Partnerships, attached to this return | | |
| **16 a** | Did you make any payments in 2023 that would require you to file Form(s) 1099? See instructions | X | |
| **b** | If "Yes," did you or will you file required Form(s) 1099? | X | |
| **17** | Enter the number of Forms 5471, Information Return of U.S. Persons With Respect to Certain Foreign Corporations, attached to this return | | |
| **18** | Enter the number of partners that are foreign governments under section 892 | | |
| **19** | During the partnership's tax year, did the partnership make any payments that would require it to file Form 1042 and 1042-S under chapter 3 (sections 1441 through 1464) or chapter 4 (sections 1471 through 1474)? | | X |
| **20** | Was the partnership a specified domestic entity required to file Form 8938 for the tax year? See the Instructions for Form 8938 | | X |
| **21** | Is the partnership a section 721(c) partnership, as defined in Regulations section 1.721(c)-1(b)(14)? | | X |
| **22** | During the tax year, did the partnership pay or accrue any interest or royalty for which one or more partners are not allowed a deduction under section 267A? See instructions | | X |
| | If "Yes," enter the total amount of the disallowed deductions $ _____ | | |
| **23** | Did the partnership have an election under section 163(j) for any real property trade or business or any farming business in effect during the tax year? See instructions | | X |
| **24** | Does the partnership satisfy one or more of the following? See instructions | | X |
| **a** | The partnership owns a pass-through entity with current, or prior year carryover, excess business interest expense. | | |
| **b** | The partnership's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year are more than $29 million and the partnership has business interest expense. | | |
| **c** | The partnership is a tax shelter (see instructions) and the partnership has business interest expense. | | |
| | If "Yes" to any, complete and attach Form 8990. | | |
| **25** | Is the partnership attaching Form 8996 to certify as a Qualified Opportunity Fund? | | X |
| | If "Yes," enter the amount from Form 8996, line 15 $ _____ | | |
| **26** | Enter the number of foreign partners subject to section 864(c)(8) as a result of transferring all or a portion of an interest in the partnership or of receiving a distribution from the partnership | | |
| | Complete Schedule K-3 (Form 1065), Part XIII, for each foreign partner subject to section 864(c)(8) on a transfer or distribution. | | |
| **27** | At any time during the tax year, were there any transfers between the partnership and its partners subject to the disclosure requirements of Regulations section 1.707-8? | | X |
| **28** | Since December 22, 2017, did a foreign corporation directly or indirectly acquire substantially all of the properties constituting a trade or business of your partnership, and was the ownership percentage (by vote or value) for purposes of section 7874 greater than 50% (for example, the partners held more than 50% of the stock of the foreign corporation)? If "Yes," list the ownership percentage by vote and by value. See instructions. | | |
| | Percentage: _____ By vote _____ By value | | X |
| **29** | Is the partnership required to file Form 7208 relating to the excise tax on repurchase of corporate stock (see instructions): | | |
| **a** | Under the applicable foreign corporation rules? | | X |

311021 12-18-23                                                   Form **1065** (2023)

| Schedule B | Other Information *(continued)* | Yes | No |
|---|---|---|---|
| **b** | Under the covered surrogate foreign corporation rules? .......................................................... | | X |
| | If "Yes" to either (a) or (b), complete Form 7208, Excise Tax on Repurchase of Corporate Stock. See the Instructions for Form 7208. | | |
| **30** | At any time during this tax year, did the partnership (a) receive (as a reward, award, or payment for property or services); or (b) sell, exchange, or otherwise dispose of a digital asset (or financial interest in a digital asset)? See instructions ............................................................................................................. | | X |
| **31** | Is the partnership electing out of the centralized partnership audit regime under section 6221(b)? See instructions | X | |
| | If "Yes," the partnership must complete Schedule B-2 (Form 1065). Enter the total from Schedule B-2, Part III, line 3 ......................................................................................... 3 | | |
| | If "No," complete Designation of Partnership Representative below. | | |

**Designation of Partnership Representative** (see instructions)

Enter below the information for the partnership representative (PR) for the tax year covered by this return.

Name of PR

| U.S. address of PR | | U.S. phone number of PR | |
|---|---|---|---|

If the PR is an entity, name of the designated individual for the PR

| U.S. address of designated individual | | U.S. phone number of designated individual | |
|---|---|---|---|

Form **1065** (2023)

| Schedule K | Partners' Distributive Share Items | | Total amount |
|---|---|---|---|

| | | | | Total amount |
|---|---|---|---|---|
| **Income (Loss)** | **1** Ordinary business income (loss) (page 1, line 23) | | **1** | -432,469. |
| | **2** Net rental real estate income (loss) (attach Form 8825) | | **2** | |
| | **3a** Other gross rental income (loss) ........ **3a** | | | |
| | **b** Expenses from other rental activities (attach statement) ........ **3b** | | | |
| | **c** Other net rental income (loss). Subtract line 3b from line 3a | | **3c** | |
| | **4** Guaranteed payments: **a** Services **4a** | **b** Capital **4b** | | |
| | **c** Total. Add lines 4a and 4b | | **4c** | |
| | **5** Interest income | | **5** | |
| | **6** Dividends and dividend equivalents: **a** Ordinary dividends | | **6a** | |
| | **b** Qualified dividends **6b** | **c** Dividend equivalents **6c** | | |
| | **7** Royalties | | **7** | |
| | **8** Net short-term capital gain (loss) (attach Schedule D (Form 1065)) | | **8** | |
| | **9a** Net long-term capital gain (loss) (attach Schedule D (Form 1065)) | | **9a** | |
| | **b** Collectibles (28%) gain (loss) ........ **9b** | | | |
| | **c** Unrecaptured section 1250 gain (attach statement) ........ **9c** | | | |
| | **10** Net section 1231 gain (loss) (attach Form 4797) | | **10** | |
| | **11** Other income (loss) (see instructions) Type: | | **11** | |
| **Deductions** | **12** Section 179 deduction (attach Form 4562) | | **12** | |
| | **13a** Cash contributions | | **13a** | |
| | **b** Noncash contributions | | **13b** | |
| | **c** Investment interest expense | | **13c** | |
| | **d** Section 59(e)(2) expenditures: **(1)** Type: **(2)** Amount | | **13d(2)** | |
| | **e** Other deductions (see instructions) Type: | | **13e** | |
| **Self-Employ-ment** | **14a** Net earnings (loss) from self-employment | | **14a** | -432,469. |
| | **b** Gross farming or fishing income | | **14b** | |
| | **c** Gross nonfarm income | | **14c** | 79,049. |
| **Credits** | **15a** Low-income housing credit (section 42(j)(5)) | | **15a** | |
| | **b** Low-income housing credit (other) | | **15b** | |
| | **c** Qualified rehabilitation expenditures (rental real estate) (attach Form 3468, if applicable) | | **15c** | |
| | **d** Other rental real estate credits (see instructions) Type: | | **15d** | |
| | **e** Other rental credits (see instructions) Type: | | **15e** | |
| | **f** Other credits (see instructions) Type: | | **15f** | |
| **Inter-national** | **16** Attach Schedule K-2 (Form 1065), Partners' Distributive Share Items-International, and check this box to indicate that you are reporting items of international tax relevance ........ ☐ | | | |
| **Alternative Minimum Tax (AMT) Items** | **17a** Post-1986 depreciation adjustment | | **17a** | |
| | **b** Adjusted gain or loss | | **17b** | |
| | **c** Depletion (other than oil and gas) | | **17c** | |
| | **d** Oil, gas, and geothermal properties - gross income | | **17d** | |
| | **e** Oil, gas, and geothermal properties - deductions | | **17e** | |
| | **f** Other AMT items (attach statement) | | **17f** | |
| **Other Information** | **18a** Tax-exempt interest income | | **18a** | |
| | **b** Other tax-exempt income | | **18b** | |
| | **c** Nondeductible expenses | | **18c** | |
| | **19a** Distributions of cash and marketable securities | | **19a** | |
| | **b** Distributions of other property | | **19b** | |
| | **20a** Investment income | | **20a** | |
| | **b** Investment expenses | | **20b** | |
| | **c** Other items and amounts (attach statement) STMT 3 | | | |
| | **21** Total foreign taxes paid or accrued | | **21** | |

311042 12-18-23                                                                      Form **1065** (2023)

## Analysis of Net Income (Loss) per Return

| | | | | | | |
|---|---|---|---|---|---|---|
| **1** Net income (loss). Combine Schedule K, lines 1 through 11. From the result, subtract the sum of Schedule K, lines 12 through 13e, and 21 | | | | | **1** | −432,469. |

| **2** Analysis by partner type: | **(i)** Corporate | **(ii)** Individual (active) | **(iii)** Individual (passive) | **(iv)** Partnership | **(v)** Exempt Organization | **(vi)** Nominee/Other |
|---|---|---|---|---|---|---|
| **a** General partners | | | | | | |
| **b** Limited partners | | | −432,469. | | | |

## Schedule L   Balance Sheets per Books

| Assets | | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|---|
| | | **(a)** | **(b)** | **(c)** | **(d)** |
| **1** Cash | | | 831. | | 242. |
| **2a** Trade notes and accounts receivable | | | | | |
| **b** Less allowance for bad debts | | | | | |
| **3** Inventories | | | | | 317,151. |
| **4** U.S. Government obligations | | | | | |
| **5** Tax-exempt securities | | | | | |
| **6** Other current assets (attach statement) | STATEMENT 4 | | 434,037. | | 207,118. |
| **7a** Loans to partners (or persons related to partners) | | | | | |
| **b** Mortgage and real estate loans | | | | | |
| **8** Other investments (attach statement) | | | | | |
| **9a** Buildings and other depreciable assets | | | | | |
| **b** Less accumulated depreciation | | | | | |
| **10a** Depletable assets | | | | | |
| **b** Less accumulated depletion | | | | | |
| **11** Land (net of any amortization) | | | | | |
| **12a** Intangible assets (amortizable only) | | | | | |
| **b** Less accumulated amortization | | | | | |
| **13** Other assets (attach statement) | | | | | |
| **14** Total assets | | | 434,868. | | 524,511. |
| **Liabilities and Capital** | | | | | |
| **15** Accounts payable | | | 1,533. | | 98. |
| **16** Mortgages, notes, bonds payable in less than 1 year | | | | | |
| **17** Other current liabilities (attach statement) | STATEMENT 5 | | | | 221,998. |
| **18** All nonrecourse loans | | | | | |
| **19a** Loans from partners (or persons related to partners) | | | | | |
| **b** Mortgages, notes, bonds payable in 1 year or more | | | 544,454. | | 844,470. |
| **20** Other liabilities (attach statement) | | | | | |
| **21** Partners' capital accounts | | | −111,119. | | −542,055. |
| **22** Total liabilities and capital | | | 434,868. | | 524,511. |

## Schedule M-1   Reconciliation of Income (Loss) per Books With Analysis of Net Income (Loss) per Return

**Note:** The partnership may be required to file Schedule M-3. See instructions.

| | | | | |
|---|---|---|---|---|
| **1** Net income (loss) per books | −432,469. | **6** Income recorded on books this year not included on Schedule K, lines 1 through 11 (itemize): | | |
| **2** Income included on Schedule K, lines 1, 2, 3c, 5, 6a, 7, 8, 9a, 10, and 11, not recorded on books this year (itemize): | | **a** Tax-exempt interest $ | | |
| **3** Guaranteed payments (other than health insurance) | | **7** Deductions included on Schedule K, lines 1 through 13e, and 21, not charged against book income this year (itemize): | | |
| **4** Expenses recorded on books this year not included on Schedule K, lines 1 through 13e, and 21 (itemize): | | **a** Depreciation $ | | |
| **a** Depreciation $ | | **8** Add lines 6 and 7 | | |
| **b** Travel and entertainment $ | | **9** Income (loss) (Analysis of Net Income (Loss), line 1). Subtract line 8 from line 5 | | −432,469. |
| **5** Add lines 1 through 4 | −432,469. | | | |

## Schedule M-2   Analysis of Partners' Capital Accounts

| | | | | |
|---|---|---|---|---|
| **1** Balance at beginning of year | −111,119. | **6** Distributions: **a** Cash | | |
| **2** Capital contributed: **a** Cash | 1,533. | **b** Property | | |
| **b** Property | | **7** Other decreases (itemize): | | |
| **3** Net income (loss) (see instructions) | −432,469. | | | |
| **4** Other increases (itemize): | | **8** Add lines 6 and 7 | | |
| **5** Add lines 1 through 4 | −542,055. | **9** Balance at end of year. Subtract line 8 from line 5 | | −542,055. |

Form **1065** (2023)

# Cost of Goods Sold

▶ **Attach to Form 1120, 1120-C, 1120-F, 1120S, or 1065.**

▶ **Go to www.irs.gov/Form1125A for the latest information.**

OMB No. 1545-0123

Name | Employer Identification number
SAN TAN MANUFACTURING LLC | **-***9887

| | | |
|---|---|---|
| 1 | Inventory at beginning of year | 1 | |
| 2 | Purchases | 2 | 1,498,124. |
| 3 | Cost of labor | 3 | |
| 4 | Additional section 263A costs (attach schedule) | 4 | |
| 5 | Other costs (attach schedule) | 5 | |
| 6 | **Total.** Add lines 1 through 5 | 6 | 1,498,124. |
| 7 | Inventory at end of year | 7 | 317,151. |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on Form 1120, page 1, line 2 or the appropriate line of your tax return. See instructions | 8 | 1,180,973. |

**9 a** Check all methods used for valuing closing inventory:

    (i) ☐ Cost

    (ii) ☐ Lower of cost or market

    (iii) ☐ Other (Specify method used and attach explanation) ▶ _____

**b** Check if there was a writedown of subnormal goods   ▶ ☐

**c** Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970)   ▶ ☐

**d** If the LIFO inventory method was used for this tax year, enter amount of closing inventory computed under LIFO    | **9d** |

**e** If property is produced or acquired for resale, do the rules of Section 263A apply to the entity? See instructions   ☐ Yes ☒ No

**f** Was there any change in determining quantities, cost, or valuations between opening and closing inventory?   ☐ Yes ☒ No

    If "Yes," attach explanation.

For Paperwork Reduction Act Notice, see separate instructions.

Form **1125-A** (Rev. 11-2018)

CLIENT COPY

# Election Out of the Centralized Partnership Audit Regime

▶ Attach to Form 1065 or Form 1066.
▶ Go to www.irs.gov/Form1065 for instructions and the latest information.

OMB No. 1545-0123

| Name of Partnership | Employer Identification Number (EIN) |
|---|---|
| SAN TAN MANUFACTURING LLC | **-***9887 |

Certain partnerships with 100 or fewer partners can elect out of the centralized partnership audit regime if each partner is an individual, a C corporation, a foreign entity that would be treated as a C corporation were it domestic, an S corporation, or an estate of a deceased partner. For purposes of determining whether the partnership has 100 or fewer partners, the partnership must include all shareholders of any S corporation that is a partner. By completing Part I, you are making an affirmative statement that all of the partners in the partnership are eligible partners under section 6221(b)(1)(C) and you have provided all of the information on this schedule. See the instructions, including the instructions for the treatment of real estate mortgage investment conduits (REMICs), for more details.

## Part I — List of Eligible Partners

Use the following codes under Type of Eligible Partner:
I - Individual C - Corporation E - Estate of Deceased Partner F - Eligible Foreign Entity S - S corporation

| | Name of Partner | Taxpayer Identification Number (TIN) | Type of Eligible Partner (Code) |
|---|---|---|---|
| 1 | DONALD R COOLEY, III | ***-**-0621 | I |
| 2 | DONALD R COOLEY, JR. | ***-**-3032 | I |
| 3 | ROBERTO P GALANTE | ***-**-5713 | I |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |

*Continued on Part IV*

## Part II — List of S Corporation Shareholders (For each S corporation partner, complete a separate Part II and separate Part V, if needed.)

Use the following codes under Type of Person:
I - Individual E - Estate of Deceased Shareholder T - Trust O - Other

Name of
S Corporation Partner ▶                                          TIN of Partner ▶

| | Name of Shareholder | Shareholder TIN | Type of Person (Code) |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |

*Continued on Part V*

## Part III — Total Number of Schedules K-1 Required To Be Issued. See instructions.

| | | | |
|---|---|---|---|
| 1 | Total of Part I and all Parts IV Schedules K-1 required to be issued by the partnership | 1 | 3. |
| 2 | Total of Part II and all Parts V Schedules K-1 required to be issued by any S corporation partners | 2 | |
| 3 | **Total.** Add line 1 and line 2 | 3 | 3. |

Note: If line 3 is more than 100, the partnership cannot make the election under section 6221(b).

LHA    For Paperwork Reduction Act Notice, see the Instructions for Form 1065.    312421 04-01-19    Schedule B-2 (Form 1065) (12-2018)

## Worksheet for Figuring Net Earnings (Loss) From Self-Employment

| Name of partnership | | | Employer identification number |
|---|---|---|---|
| SAN TAN MANUFACTURING LLC | | | **-***9887 |

| | | | |
|---|---|---|---|
| **1 a** Ordinary income (loss) (Schedule K, line 1) | 1a | -432,469. | |
| **b** Net income (loss) from **CERTAIN** rental real estate activities | 1b | | |
| **c** Net income (loss) from other rental activities (Schedule K, line 3c) | 1c | | |
| **d** Net loss from Form 4797, Part II, line 17, included on line 1a above. Enter as a positive amount | 1d | | |
| **e** Other additions | 1e | | |
| **f** Combine lines 1a through 1e | 1f | -432,469. | |
| **2 a** Net gain from Form 4797, Part II, line 17, included on line 1a above | 2a | | |
| **b** Other subtractions | 2b | | |
| **c** Add lines 2a and 2b | 2c | | |
| **3 a** Subtract line 2c from line 1f. If line 1f is a loss, increase the loss on line 1f by the amount on line 2c | 3a | -432,469. | |
| **b** Part of line 3a allocated to limited partners, estates, trusts, corporations, exempt organizations, and IRAs | 3b | | |
| **c** Subtract line 3b from line 3a | | | 3c   -432,469. |
| **4 a** Guaranteed payments to partners (Schedule K, line 4a) derived from a trade or business as defined in section 1402(c) | 4a | | |
| **b** Part of line 4a allocated to individual limited partners for **other than** services and to estates, trusts, corporations, exempt organizations, and IRAs | 4b | | |
| **c** Subtract line 4b from line 4a | | | 4c |
| **5** Net earnings (loss) from self-employment. Combine lines 3c and 4c. Enter here and on Schedule K, line 14a | | | 5   -432,469. |

312161
04-01-23

Section 1.263(a)-1(f) De Minimis Safe Harbor Election


San Tan Manufacturing LLC
2378 W Apache Trail
Apache JCT, AZ  85120


Employer Identification Number:  **-***9887


For the Year Ending December 31, 2023


San Tan Manufacturing LLC is making the de minimis safe harbor
election under Reg. Sec. 1.263(a)-1(f).

| FORM 1065 | TAX EXPENSE | STATEMENT 1 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| TAXES AND LICENSES EXPENSE | 3,788. |
| TOTAL TO FORM 1065, LINE 14 | 3,788. |

| FORM 1065 | OTHER DEDUCTIONS | STATEMENT 2 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| AUTOMOBILE | 143. |
| BANK FEES | 11,309. |
| DUES AND SUBSCRIPTIONS | 496. |
| OFFICE SUPPLIES | 392. |
| PAYROLL PROCESSING FEES | 1,453. |
| PROFESSIONAL SERVICES | 14,150. |
| SHIPPING | 70,159. |
| TARIFF | 20,610. |
| TOTAL TO FORM 1065, LINE 21 | 118,712. |

| SCHEDULE K | OTHER ITEMS | STATEMENT 3 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| AGGREGATE BUSINESS ACTIVITY GROSS INCOME OR GAIN | 87,832. |
| AGGREGATE BUSINESS ACTIVITY DEDUCTIONS | 520,301. |
| SECTION 199A - ORDINARY INCOME (LOSS) | -432,469. |
| SECTION 199A W-2 WAGES | 41,600. |
| BUSINESS INTEREST EXPENSE | 316,483. |

| SCHEDULE L | OTHER CURRENT ASSETS | STATEMENT 4 |
|---|---|---|

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
|---|---|---|
| OTHER CURRENT ASSETS | 434,037. | 207,118. |
| TOTAL TO SCHEDULE L, LINE 6 | 434,037. | 207,118. |

CLIENT COPY

SAN TAN MANUFACTURING LLC                                    **-***9887

SCHEDULE L              OTHER CURRENT LIABILITIES              STATEMENT 5

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
|---|---|---|
| N/P SAN TAN GOLF CARTS | | 221,998. |
| TOTAL TO SCHEDULE L, LINE 17 | | 221,998. |

STATEMENT(S) 5

DONALD R COOLEY, III

651123

# Schedule K-1
## (Form 1065)

Department of the Treasury
Internal Revenue Service

beginning [        ] ending [        ]

**2023**
For calendar year 2023, or tax year

OMB No. 1545-0123

☐ Final K-1    ☐ Amended K-1

**Partner's Share of Income, Deductions,
Credits, etc.**

See separate instructions.

## Part III  Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| | | |
|---|---|---|
| 1 Ordinary business income (loss) −216,235. | 14 Self-employment earnings (loss) A −216,235. |
| 2 Net rental real estate income (loss) | C 39,524. |
| 3 Other net rental income (loss) | 15 Credits |
| 4a Guaranteed payments for services | 16 Schedule K-3 is attached if checked ........ ☐ |
| 4b Guaranteed payments for capital | 17 Alternative min tax (AMT) items |
| 4c Total guaranteed payments | |
| 5 Interest income | 18 Tax-exempt income and nondeductible expenses |
| 6a Ordinary dividends | |
| 6b Qualified dividends | 19 Distributions |
| 6c Dividend equivalents | |
| 7 Royalties | 20 Other information N * 158,242. |
| 8 Net short-term capital gain (loss) | Z * STMT |
| 9a Net long-term capital gain (loss) | AJ * STMT |
| 9b Collectibles (28%) gain (loss) | |
| 9c Unrecaptured section 1250 gain | |
| 10 Net section 1231 gain (loss) | |
| 11 Other income (loss) | |
| 12 Section 179 deduction | 21 Foreign taxes paid or accrued |
| 13 Other deductions | |

## Part I  Information About the Partnership

**A** Partnership's employer identification number
**-***9887

**B** Partnership's name, address, city, state, and ZIP code

SAN TAN MANUFACTURING LLC
2378 W APACHE TRAIL
APACHE JCT, AZ 85120

**C** IRS center where partnership filed return:
E-FILE

**D** ☐ Check if this is a publicly traded partnership (PTP)

## Part II  Information About the Partner

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)
***-**-0621

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.

DONALD R COOLEY, III
1535 E SHEPPERD AVE
MESA, AZ 85212

**G** ☒ General partner or LLC member-manager    ☐ Limited partner or other LLC member

**H1** ☒ Domestic partner    ☐ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:
TIN _____ Name _____

**I1** What type of entity is this partner?  INDIVIDUAL

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ☐

**J** Partner's share of profit, loss, and capital:

| | Beginning | Ending |
|---|---|---|
| Profit | 45.0000000% | 45.0000000% |
| Loss | 45.0000000% | 45.0000000% |
| Capital | 45.0000000% | 45.0000000% |

Check if decrease is due to:
☐ Sale or  ☐ Exchange of partnership interest. See instructions.

**K1** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse | $ | $ |
| Qualified nonrecourse financing | $ | $ |
| Recourse | $ 272,227. | $ 422,235. |

**K2** ☐ Check this box if Item K-1 includes liability amounts from lower-tier partnerships

**K3** Check if any of the above liability is subject to guarantees or other payment obligations by the partner. See instructions ☐

**L** Partner's Capital Account Analysis

| | |
|---|---|
| Beginning capital account | $ −55,655. |
| Capital contributed during the year | $ 1,533. |
| Current year net income (loss) | $ −216,235. |
| Other increase (decrease) (attach explanation) | $ |
| Withdrawals and distributions | $( ) |
| Ending capital account | $ −270,357. |

**M** Did the partner contribute property with a built-in gain (loss)?
☐ Yes  ☒ No  If "Yes," attach statement. See instructions.

**N** Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning ........ $
Ending ........... $

☐ 22 More than one activity for at-risk purposes*
☐ 23 More than one activity for passive activity purposes*
*See attached statement for additional information.

For IRS Use Only

Case 2:24-bk-05055-BMW    Doc 1  Filed 06/21/24  Entered 06/21/24 11:48:19  Desc
Main Document    Page 34 of 59

1

SAN TAN MANUFACTURING LLC                                    **-***9887

---

SCHEDULE K-1          BUSINESS INTEREST EXPENSE, BOX 20, CODE N

---

| DESCRIPTION | PARTNER FILING INSTRUCTIONS | AMOUNT |
|---|---|---|
| BUSINESS INTEREST EXPENSE (INCLUDED IN ORDINARY BUSINESS INCOME (LOSS)) | SEE PARTNERS INSTRUCTIONS | 158,242. |
| TOTAL TO SCHEDULE K-1, BOX 20, CODE N | | 158,242. |

---

SCHEDULE K-1          EXCESS BUSINESS LOSS LIMITATION
                      BOX 20, CODE AJ

---

| DESCRIPTION | PARTNER FILING INSTRUCTIONS | AMOUNT |
|---|---|---|
| AGGREGATE BUSINESS ACTIVITY GROSS INCOME OR GAIN | SEE IRS SCH. K-1 INSTRUCTIONS | 39,524. |
| AGGREGATE BUSINESS ACTIVITY DEDUCTION | SEE IRS SCH. K-1 INSTRUCTIONS | 234,135. |

---

SCHEDULE K-1          SECTION 199A INFORMATION, BOX 20, CODE Z

---

| DESCRIPTION | AMOUNT |
|---|---|
| TRADE OR BUSINESS - | |
| ORDINARY INCOME (LOSS) | -216,235. |
| SELF-EMPLOYMENT EARNINGS(LOSS) | -216,235. |
| W-2 WAGES | 20,800. |

---

SCHEDULE K-1          SECTION 199A ADDITIONAL INFORMATION

---

THE SECTION 199A AMOUNTS TO BE USED IN THE CALCULATION OF QUALIFIED BUSINESS INCOME DEDUCTION ON YOUR 1040/1041 RETURN ARE REPORTED ON LINE 20, UNDER CODE Z. PLEASE CONSULT YOUR TAX ADVISOR REGARDING THE CALCULATION OF THE QUALIFIED BUSINESS INCOME DEDUCTION, INCLUDING THE POSSIBLE AGGREGATIONS AND LIMITATIONS THAT MAY APPLY AND THE FILING OF THE 1.199A-4(C)(2)(I) ANNUAL DISCLOSURE STATEMENT.

CLIENT COPY

PARTNER NUMBER 1

SAN TAN MANUFACTURING LLC                                    **-***9887

---

SCHEDULE K-1                CURRENT YEAR NET INCOME (LOSS) AND
                              OTHER INCREASES(DECREASES)

---

| DESCRIPTION | AMOUNT | TOTALS |
|---|---|---|
| ORDINARY INCOME (LOSS) | -216,235. | |
| SCHEDULE K-1 INCOME SUBTOTAL | | -216,235. |
| NET INCOME (LOSS) PER SCHEDULE K-1 | | -216,235. |

---

SCHEDULE K-1                        FOOTNOTES

---

NOTE: YOUR INCOME/(LOSS) MAY BE SUBJECT TO NET INVESTMENT
INCOME TAX. PLEASE CONSULT YOUR TAX ADVISOR.


THE PARTNERSHIP IS ELIGIBLE FOR THE SCHEDULE K-3 DOMESTIC
FILING EXCEPTION. IN ACCORDANCE WITH THAT EXCEPTION THE
PARTNERSHIP HEREBY NOTIFIES ITS PARTNERS THAT THEY WILL NOT
RECEIVE SCHEDULE K-3 FROM THE PARTNERSHIP UNLESS THE
PARTNERS REQUEST THE SCHEDULE. PLEASE CONSULT YOUR TAX
ADVISOR.

---

SCHEDULE K-1            ELECTION UNDER SECTION 1101(G)(4) OF BBA

---

SAN TAN MANUFACTURING LLC HAS MADE THE ELECTION OUT OF THE CENTRALIZED
PARTNERSHIP AUDIT REGIME UNDER SECTION 6221(B) FOR THE YEAR ENDING DECEMBER 31,
2023.

CLIENT COPY

DONALD R COOLEY, JR.

651123

CLIENT COPY

## Schedule K-1
## (Form 1065)

**2023**

Department of the Treasury
Internal Revenue Service

For calendar year 2023, or tax year

☐ Final K-1    ☐ Amended K-1    OMB No. 1545-0123

beginning [blank]   ending [blank]

**Partner's Share of Income, Deductions, Credits, etc.**

See separate instructions.

### Part I   Information About the Partnership

**A**  Partnership's employer identification number
**-***9887

**B**  Partnership's name, address, city, state, and ZIP code

SAN TAN MANUFACTURING LLC
2378 W APACHE TRAIL
APACHE JCT, AZ  85120

**C**  IRS center where partnership filed return:
E-FILE

**D**  ☐ Check if this is a publicly traded partnership (PTP)

### Part II   Information About the Partner

**E**  Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)
***-**-3032

**F**  Name, address, city, state, and ZIP code for partner entered in E. See instructions.

DONALD R COOLEY, JR.
10528 E PALLADIUM DR
MESA, AZ  85212

**G**  ☒ General partner or LLC member-manager    ☐ Limited partner or other LLC member

**H1**  ☒ Domestic partner    ☐ Foreign partner

**H2**  ☐ If the partner is a disregarded entity (DE), enter the partner's:
TIN _____  Name _____

**I1**  What type of entity is this partner?  INDIVIDUAL

**I2**  If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here  ☐

**J**  Partner's share of profit, loss, and capital:

|          | Beginning       | Ending          |
|----------|-----------------|-----------------|
| Profit   | 45.0000000 %    | 45.0000000 %    |
| Loss     | 45.0000000 %    | 45.0000000 %    |
| Capital  | 45.0000000 %    | 45.0000000 %    |

Check if decrease is due to:
☐ Sale or  ☐ Exchange of partnership interest. See instructions.

**K1**  Partner's share of liabilities:

|                             | Beginning | Ending        |
|-----------------------------|-----------|---------------|
| Nonrecourse                 | $         | $             |
| Qualified nonrecourse financing | $     | $             |
| Recourse                    | $ 272,227. | $ 422,235.   |

**K2**  ☐ Check this box if Item K-1 includes liability amounts from lower-tier partnerships

**K3**  ☐ Check if any of the above liability is subject to guarantees or other payment obligations by the partner. See instructions

**L**  **Partner's Capital Account Analysis**

| | |
|---|---|
| Beginning capital account | $ −55,464. |
| Capital contributed during the year | $ |
| Current year net income (loss) | $ −216,234. |
| Other increase (decrease) (attach explanation) | $( ) |
| Withdrawals and distributions | $( ) |
| **Ending capital account** | $ −271,698. |

**M**  Did the partner contribute property with a built-in gain (loss)?
☐ Yes   ☒ No  If "Yes," attach statement. See instructions.

**N**  Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning ......... $
Ending ............ $

### Part III   Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| 1 | Ordinary business income (loss) | 14 | Self-employment earnings (loss) |
|---|---|---|---|
| | −216,234. | A | −216,234. |
| 2 | Net rental real estate income (loss) | C | 39,525. |
| 3 | Other net rental income (loss) | 15 | Credits |
| 4a | Guaranteed payments for services | 16 | Schedule K-3 is attached if checked ............ ☐ |
| 4b | Guaranteed payments for capital | 17 | Alternative min tax (AMT) items |
| 4c | Total guaranteed payments | | |
| 5 | Interest income | 18 | Tax-exempt income and nondeductible expenses |
| 6a | Ordinary dividends | | |
| 6b | Qualified dividends | 19 | Distributions |
| 6c | Dividend equivalents | | |
| 7 | Royalties | 20 | Other information |
| | | N | * 158,241. |
| 8 | Net short-term capital gain (loss) | Z | * STMT |
| | | AJ | * STMT |
| 9a | Net long-term capital gain (loss) | | |
| 9b | Collectibles (28%) gain (loss) | | |
| 9c | Unrecaptured section 1250 gain | | |
| 10 | Net section 1231 gain (loss) | | |
| 11 | Other income (loss) | | |
| 12 | Section 179 deduction | 21 | Foreign taxes paid or accrued |
| 13 | Other deductions | | |
| | | 22 | ☐ More than one activity for at-risk purposes* |
| | | 23 | ☐ More than one activity for passive activity purposes* |

*See attached statement for additional information.

For IRS Use Only

## SCHEDULE K-1          BUSINESS INTEREST EXPENSE, BOX 20, CODE N

| DESCRIPTION | PARTNER FILING INSTRUCTIONS | AMOUNT |
|---|---|---|
| BUSINESS INTEREST EXPENSE (INCLUDED IN ORDINARY BUSINESS INCOME (LOSS)) | SEE PARTNERS INSTRUCTIONS | 158,241. |
| TOTAL TO SCHEDULE K-1, BOX 20, CODE N | | 158,241. |

## SCHEDULE K-1          EXCESS BUSINESS LOSS LIMITATION
## BOX 20, CODE AJ

| DESCRIPTION | PARTNER FILING INSTRUCTIONS | AMOUNT |
|---|---|---|
| AGGREGATE BUSINESS ACTIVITY GROSS INCOME OR GAIN | SEE IRS SCH. K-1 INSTRUCTIONS | 39,525. |
| AGGREGATE BUSINESS ACTIVITY DEDUCTION | SEE IRS SCH. K-1 INSTRUCTIONS | 234,136. |

## SCHEDULE K-1          SECTION 199A INFORMATION, BOX 20, CODE Z

| DESCRIPTION | AMOUNT |
|---|---|
| TRADE OR BUSINESS - | |
| ORDINARY INCOME (LOSS) | -216,234. |
| SELF-EMPLOYMENT EARNINGS(LOSS) | -216,234. |
| W-2 WAGES | 20,800. |

## SCHEDULE K-1          SECTION 199A ADDITIONAL INFORMATION

THE SECTION 199A AMOUNTS TO BE USED IN THE CALCULATION OF QUALIFIED BUSINESS INCOME DEDUCTION ON YOUR 1040/1041 RETURN ARE REPORTED ON LINE 20, UNDER CODE Z. PLEASE CONSULT YOUR TAX ADVISOR REGARDING THE CALCULATION OF THE QUALIFIED BUSINESS INCOME DEDUCTION, INCLUDING THE POSSIBLE AGGREGATIONS AND LIMITATIONS THAT MAY APPLY AND THE FILING OF THE 1.199A-4(C)(2)(I) ANNUAL DISCLOSURE STATEMENT.

CLIENT COPY

PARTNER NUMBER 2

## SCHEDULE K-1          CURRENT YEAR NET INCOME (LOSS) AND
### OTHER INCREASES(DECREASES)

| DESCRIPTION | AMOUNT | TOTALS |
|---|---|---|
| ORDINARY INCOME (LOSS) | -216,234. | |
| SCHEDULE K-1 INCOME SUBTOTAL | | -216,234. |
| NET INCOME (LOSS) PER SCHEDULE K-1 | | -216,234. |

## SCHEDULE K-1                    FOOTNOTES

NOTE: YOUR INCOME/(LOSS) MAY BE SUBJECT TO NET INVESTMENT
INCOME TAX. PLEASE CONSULT YOUR TAX ADVISOR.

THE PARTNERSHIP IS ELIGIBLE FOR THE SCHEDULE K-3 DOMESTIC
FILING EXCEPTION. IN ACCORDANCE WITH THAT EXCEPTION THE
PARTNERSHIP HEREBY NOTIFIES ITS PARTNERS THAT THEY WILL NOT
RECEIVE SCHEDULE K-3 FROM THE PARTNERSHIP UNLESS THE
PARTNERS REQUEST THE SCHEDULE. PLEASE CONSULT YOUR TAX
ADVISOR.

## SCHEDULE K-1          ELECTION UNDER SECTION 1101(G)(4) OF BBA

SAN TAN MANUFACTURING LLC HAS MADE THE ELECTION OUT OF THE CENTRALIZED
PARTNERSHIP AUDIT REGIME UNDER SECTION 6221(B) FOR THE YEAR ENDING DECEMBER 31,
2023.

CLIENT COPY

651123

**Schedule K-1**
**(Form 1065)**
Department of the Treasury
Internal Revenue Service

**2023**
For calendar year 2023, or tax year

beginning _____ ending _____

☐ Final K-1    ☐ Amended K-1    OMB No. 1545-0123

**Partner's Share of Income, Deductions, Credits, etc.**

See separate instructions.

| **Part III** | **Partner's Share of Current Year Income, Deductions, Credits, and Other Items** |
|---|---|

| | |
|---|---|
| 1 Ordinary business income (loss) | 14 Self-employment earnings (loss) |
| 0. | A 0. |
| 2 Net rental real estate income (loss) | 15 Credits |
| 3 Other net rental income (loss) | |
| 4a Guaranteed payments for services | 16 Schedule K-3 is attached if checked ................. ☐ |
| 4b Guaranteed payments for capital | 17 Alternative min tax (AMT) items |
| 4c Total guaranteed payments | |
| 5 Interest income | 18 Tax-exempt income and nondeductible expenses |
| 6a Ordinary dividends | |
| 6b Qualified dividends | 19 Distributions |
| 6c Dividend equivalents | |
| 7 Royalties | 20 Other information |
| | AJ * STMT |
| 8 Net short-term capital gain (loss) | |
| 9a Net long-term capital gain (loss) | |
| 9b Collectibles (28%) gain (loss) | |
| 9c Unrecaptured section 1250 gain | |
| 10 Net section 1231 gain (loss) | |
| 11 Other income (loss) | |
| 12 Section 179 deduction | 21 Foreign taxes paid or accrued |
| 13 Other deductions | |

**Part I  Information About the Partnership**

A  Partnership's employer identification number
**-***9887

B  Partnership's name, address, city, state, and ZIP code

SAN TAN MANUFACTURING LLC
2378 W APACHE TRAIL
APACHE JCT, AZ  85120

C  IRS center where partnership filed return:
E-FILE

D  ☐ Check if this is a publicly traded partnership (PTP)

**Part II  Information About the Partner**

E  Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)
***-**-5713

F  Name, address, city, state, and ZIP code for partner entered in E. See instructions.

ROBERTO P GALANTE
1935 E IVANHOE ST.
GILBERT, AZ  85295

G  ☐ General partner or LLC member-manager    ☒ Limited partner or other LLC member

H1  ☒ Domestic partner    ☐ Foreign partner

H2  ☐ If the partner is a disregarded entity (DE), enter the partner's:
TIN _____ Name _____

I1  What type of entity is this partner?  INDIVIDUAL

I2  If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ☐

J  Partner's share of profit, loss, and capital:

| | Beginning | Ending |
|---|---|---|
| Profit | 10.0000000% | 10.0000000% |
| Loss | 10.0000000% | 10.0000000% |
| Capital | 10.0000000% | 10.0000000% |

Check if decrease is due to:
☐ Sale or ☐ Exchange of partnership interest. See instructions.

K1  Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse | $ | $ |
| Qualified nonrecourse financing | $ | $ |
| Recourse | $ 0. | $ 0. |

K2  ☐ Check this box if Item K-1 includes liability amounts from lower-tier partnerships

K3  ☐ Check if any of the above liability is subject to guarantees or other payment obligations by the partner. See instructions

**L  Partner's Capital Account Analysis**

| | |
|---|---|
| Beginning capital account | $ |
| Capital contributed during the year | $ |
| Current year net income (loss) | $ |
| Other increase (decrease) (attach explanation) | $ |
| Withdrawals and distributions | $ ( ) |
| Ending capital account | $ 0. |

M  Did the partner contribute property with a built-in gain (loss)?
☐ Yes  ☒ No  If "Yes," attach statement. See instructions.

N  Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning ............ $
Ending ............ $

22  ☐ More than one activity for at-risk purposes*

23  ☐ More than one activity for passive activity purposes*

*See attached statement for additional information.

For IRS Use Only

LHA  For Paperwork Reduction Act Notice, see the Instructions for Form 1065.    www.irs.gov/Form1065    Schedule K-1 (Form 1065) 2023

3

SCHEDULE K-1           EXCESS BUSINESS LOSS LIMITATION
                              BOX 20, CODE AJ

| DESCRIPTION | PARTNER FILING INSTRUCTIONS | AMOUNT |
|---|---|---|
| AGGREGATE BUSINESS ACTIVITY GROSS INCOME OR GAIN | SEE IRS SCH. K-1 INSTRUCTIONS | 8,783. |
| AGGREGATE BUSINESS ACTIVITY DEDUCTION | SEE IRS SCH. K-1 INSTRUCTIONS | 52,030. |

SCHEDULE K-1                          FOOTNOTES

NOTE: YOUR INCOME/(LOSS) MAY BE SUBJECT TO NET INVESTMENT
INCOME TAX. PLEASE CONSULT YOUR TAX ADVISOR.


THE PARTNERSHIP IS ELIGIBLE FOR THE SCHEDULE K-3 DOMESTIC
FILING EXCEPTION. IN ACCORDANCE WITH THAT EXCEPTION THE
PARTNERSHIP HEREBY NOTIFIES ITS PARTNERS THAT THEY WILL NOT
RECEIVE SCHEDULE K-3 FROM THE PARTNERSHIP UNLESS THE
PARTNERS REQUEST THE SCHEDULE. PLEASE CONSULT YOUR TAX
ADVISOR.


SCHEDULE K-1           ELECTION UNDER SECTION 1101(G)(4) OF BBA

SAN TAN MANUFACTURING LLC HAS MADE THE ELECTION OUT OF THE CENTRALIZED
PARTNERSHIP AUDIT REGIME UNDER SECTION 6221(B) FOR THE YEAR ENDING DECEMBER 31,
2023.

CLIENT COPY

CLIENT COPY

Form **7004**
(Rev. December 2018)
Department of the Treasury
Internal Revenue Service

**Application for Automatic Extension of Time To File Certain Business Income Tax, Information, and Other Returns**
▶ File a separate application for each return.
▶ Go to www.irs.gov/Form7004 for instructions and the latest information.

OMB No. 1545-0233

| Print or Type | Name<br>SAN TAN MANUFACTURING LLC | Identifying number<br>**-***9887 |
|---|---|---|
| | Number, street, and room or suite no. (If P.O. box, see instructions.)<br>2378 W APACHE TRAIL | |
| | City, town, state, and ZIP code (If a foreign address, enter city, province or state, and country (follow the country's practice for entering postal code).)<br>APACHE JCT, AZ 85120 | |

**Note:** File request for extension by the due date of the return. See instructions before completing this form.

**Part I** | **Automatic Extension for Certain Business Income Tax, Information, and Other Returns.** See instructions.

1    Enter the form code for the return listed below that this application is for             | 09

| Application Is For: | Form Code | Application Is For: | Form Code |
|---|---|---|---|
| Form 706-GS(D) | 01 | Form 1120-ND (section 4951 taxes) | 20 |
| Form 706-GS(T) | 02 | Form 1120-PC | 21 |
| Form 1041 (bankruptcy estate only) | 03 | Form 1120-POL | 22 |
| Form 1041 (estate other than a bankruptcy estate) | 04 | Form 1120-REIT | 23 |
| Form 1041 (trust) | 05 | Form 1120-RIC | 24 |
| Form 1041-N | 06 | Form 1120S | 25 |
| Form 1041-QFT | 07 | Form 1120-SF | 26 |
| Form 1042 | 08 | Form 3520-A | 27 |
| Form 1065 | 09 | Form 8612 | 28 |
| Form 1066 | 11 | Form 8613 | 29 |
| Form 1120 | 12 | Form 8725 | 30 |
| Form 1120-C | 34 | Form 8804 | 31 |
| Form 1120-F | 15 | Form 8831 | 32 |
| Form 1120-FSC | 16 | Form 8876 | 33 |
| Form 1120-H | 17 | Form 8924 | 35 |
| Form 1120-L | 18 | Form 8928 | 36 |
| Form 1120-ND | 19 | | |

**Part II** | **All Filers Must Complete This Part**

2   If the organization is a foreign corporation that does not have an office or place of business in the United States,
   check here .................................................................................................................................. ▶ ☐

3   If the organization is a corporation and is the common parent of a group that intends to file a consolidated return,
   check here .................................................................................................................................. ▶ ☐
   If checked, attach a statement listing the name, address, and employer identification number (EIN) for each member
   covered by this application.

4   If the organization is a corporation or partnership that qualifies under Regulations section 1.6081-5, check here ......... ▶ ☐

5a   The application is for calendar year 2023, or tax year beginning _____ , and ending _____

  b   **Short tax year.** If this tax year is less than 12 months, check the reason:   ☐ Initial return    ☐ Final return
     ☐ Change in accounting period    ☐ Consolidated return to be filed    ☐ Other (See instructions - attach explanation.)

| | | | |
|---|---|---|---|
| 6 | Tentative total tax ............................................................... | 6 | 0. |
| 7 | **Total** payments and credits. See instructions ........................................ | 7 | |
| 8 | **Balance due.** Subtract line 7 from line 6. See instructions .......................... | 8 | |

LHA   **For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.**          Form **7004** (Rev. 12-2018)

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE CENTER
OGDEN, UT 84201-0045

319741 04-01-23

# 2023 TAX RETURN FILING INSTRUCTIONS
### ARIZONA FORM 165

## FOR THE YEAR ENDING
December 31, 2023

---

**Prepared For:**

San Tan Manufacturing LLC
2378 W Apache Trail
Apache JCT, AZ  85120

---

**Prepared By:**

Eide Bailly LLP
5929 Fashion Point Dr., Ste. 300
Ogden, UT 84403-4684

---

**To Be Signed and Dated By:**

A member of the LLC

---

**Amount of Tax:**

| | | |
|---|---|---:|
| Total tax | $ | 0 |
| Less: payments and credits | $ | 0 |
| Plus other amount | $ | 0 |
| Plus interest and penalties | $ | 0 |
| No pmt required | $ | |

---

**Overpayment:**

Not applicable

---

**Make Check Payable To:**

Not applicable

---

**Mail Tax Return To:**

This return has qualified for electronic filing. After you have reviewed your return for completeness and accuracy, please sign, date and return AZ-8879-PE to our office.  We will then transmit your return electronically to the ADOR.

---

**Forms to be Distributed to Partners:**

Enclosed are copies of Schedule K-1 to be distributed to the members.

---

**Return Must be Mailed On or Before:**

Return AZ-8879-PE to us by September 16, 2024.

---

**Special Instructions:**

Do not mail the paper copy of the return to the ADOR.

CLIENT COPY

**Do not mail this form to the Arizona Department of Revenue.** *The ERO must retain this document a minimum of four years.*

| Name of Partnership | Employer Identification Number (required) |
|---|---|
| SAN TAN MANUFACTURING LLC | **-***9887 |
| Name of Partner | |
| DONALD COOLEY JR | |

**PART 1 - PURPOSE**

• To certify the truthfulness, correctness, and completeness of the partnership's Arizona electronic income tax return.

• To authorize the Electronic Return Originator (ERO) to affirm that the partner wishes to use the partner's electronic signature to the partnership's federal income tax return as the partner's signature to the partnership's electronic Arizona partnership income tax return.

**PART 2 - TAX RETURN INFORMATION FROM ARIZONA RETURN**

**PART 3 - FINANCIAL INSTITUTION INFORMATION**

Must be present when requesting direct debit.

**1 Federal ordinary and rental income (loss)**
from Form 165, line 1 ......................... | -432,469 | 00

**2 Partnership income adjusted to Arizona basis**
from Form 165, line 5 ...... | -432,469 | 00

*Check box 3 or box 4:*

**3** ☐ **REFUND:** *Enter the amount of refunded*
*from Form 165, line 40* ................... | | 00

**4** ☐ **AMOUNT** *YOU OWE:* *Enter the total due*
*from Form 165, line 7 or line 37* ...... | | 00

TYPE OF ACCOUNT                 ROUTING NUMBER
☐ Checking      ☐ Savings

ACCOUNT NUMBER

DIRECT DEBIT REQUEST DATE     DIRECT DEBIT PAYMENT AMOUNT
                                        $

☐ **Foreign Account:** See instructions below.

**Box 3 Checkbox - Refund:** The partnership is due a refund based on the information provided on its income tax return. If the partnership is due a refund, we will send a check.

**Box 4 Checkbox - Amount Owed:** The partnership owes taxes, interest or penalties based on the information provided on its income tax return. The partnership has elected to direct debit for payment. The payment will be withdrawn from the account on the date listed in the Financial Institution Information Section (Part 3).

**Foreign Account Checkbox:** Check the "Foreign Account" box if the partnership's bank account will ultimately come from a foreign account. If you check this box, do not enter the partnership's bank account information, we will not direct debit the account. If the partnership owes taxes, interest or penalties and is required by pay by EFT, submit payment by ACH Debit or ACH Credit to avoid penalty. If the partnership owes taxes, interest or penalties and is NOT required to pay by EFT, submit payment by ACH Debit, ACH Credit, or complete Form 120/165V; mail it and a check to the Arizona Department of Revenue, PO Box 29085, Phoenix, AZ 85038-9085.

**PART 4 - DECLARATION AND SIGNATURE AUTHORIZATION** *(Sign only after completing Part 2)*

Under penalties of perjury, I declare that I am a partner of the above partnership and that I have examined a copy of the partnership's electronic Arizona partnership income tax return and accompanying schedules and statements for the 2023 tax year, and to the best of my knowledge and belief, it is true, correct, and complete. I further declare that the amounts of federal ordinary business and rental income (loss), and partnership income adjusted to Arizona basis, listed above, are the amounts shown on the copy of the partnership's electronic Arizona partnership income tax return.

When electronically filing the partnership's federal and state partnership income tax returns, I understand that if there is an error on the federal return, the state return will also be rejected.

I consent to the partnership's Electronic Return Originator (ERO) or On-Line Service Provider (OLSP) sending an electronic Arizona partnership income tax return and accompanying schedules and statements to the Arizona Department of Revenue (ADOR), and I consent to my ERO or OLSP sending such information to ADOR through a transmitter. I consent to ADOR sending the partnership's ERO, OLSP and/or transmitter an acknowledgement of receipt of transmission and an indication of whether or not the transmission of

the return is accepted and, if the return is rejected, the reason(s) for the rejection. If the processing of the return is delayed, I authorize ADOR to disclose to the partnership's ERO, OLSP and/or transmitter the reason(s) for the delay. If ADOR contacts the partnership's ERO for a copy of the return, any accompanying documents or schedules, and/or this authorization form, I authorize the partnership's ERO to release copies of the requested documents to ADOR.

I authorize **DEREK L. BELL, CPA**
(ELECTRONIC RETURN ORIGINATOR)

to make the election that I want the partner's electronic signature to the partnership's federal electronic income tax return to serve as the partner's signature to the partnership's Arizona electronic partnership income tax return for the 2023 tax year. I understand that when the partnership's ERO makes the election that the partner's electronic signature to the partnership's federal income tax return will serve as the partner's signature to the partnership's Arizona partnership income tax return, I will have signed the partnership's Arizona partnership income tax return and declared under penalties of perjury that to the best of my knowledge and belief the return is true, correct and complete.

**PLEASE SIGN**

▶ _____
SIGNATURE of PARTNER                           DATE

ADOR 11364 (23)

337921  10-23-23

# Arizona Partnership Income Tax Return

**2023**

For the [X] calendar year 2023 or ☐ fiscal year beginning _____ and ending _____
☐ Check this box if this return is based on a 52/53 week taxable year.

| | |
|---|---|
| Business Telephone Number (with area code) | Name **SAN TAN MANUFACTURING LLC** |
| | Address - number and street or PO Box **2378 W APACHE TRAIL** |
| Business Activity Code (from federal Form 1065) **459990** | City, Town or Post Office **APACHE JCT**    State **AZ**   ZIP Code **85120** |

**CHECK ONE:** [X] Original  ☐ Amended
Employer Identification Number (EIN) **\*\*-\*\*\*9887**

**68** Check box if: **A** ☐ This is a first return  **B** ☐ Name change  **C** ☐ Address change

**82** **82E** [X]
**88**

Check box if return filed under extension.
REVENUE USE ONLY. DO NOT MARK IN THIS AREA.

**A** Did the partnership make the Pass-Through Entity (PTE) election to pay tax on its flow-through income at the entity level? (See instructions) .................. ☐ Yes  [X] No

**B** DBA: _____

**C** Date business commenced ....................... **05/03/2022**

**D** Is this partnership an Arizona-only partnership? ................. [X] Yes  ☐ No

**E** Is this the partnership's final return under this EIN? ............. ☐ Yes  [X] No

**81** PM          **66** RCVD

**F** ARIZONA apportionment **for multistate partnerships only** (check one box):
**1** ☐ AIR CARRIER  **2** ☐ STANDARD  **3** ☐ SALES FACTOR ONLY

**G** ☐ Check if Multistate Service Provider Election and Computation (Arizona Schedule MSP) is included.
Indicate the year of the election cycle: ☐ Yr 1  ☐ Yr 2  ☐ Yr 3  ☐ Yr 4  ☐ Yr 5

**H** Did you file 2021 and 2022 Arizona partnership returns? [X] Yes  ☐ No   If "No", state reason: _____

**I** Have you filed amended federal partnership returns for prior years? ☐ Yes  [X] No
If "Yes", list years in MM/DD/YYYY format: _____

**J** Has the Internal Revenue Service (IRS) made any adjustments in any federal income tax return filed by the partnership not previously reported to the department? ☐ Yes  [X] No   If "Yes", indicate year(s) in MM/DD/YYYY format: _____
Submit a copy of the IRS report(s).
For taxable years 2016 through 2023, if you received a federal imputed underpayment assessment, or you filed an Administrative Adjustment Request that resulted in a federal imputed underpayment assessment, you must file Arizona Form 165PA to report those changes.

**K** The partnership books are in care of: **DONALD COOLEY**
Located at: **2378 W APACHE TRAIL**          **APACHE JUNCTO, AZ 85120**
Number and street or PO Box          City          State   ZIP Code

**L** Will a composite return be filed on Form 140NR? (See Instructions) ................. ☐ Yes  [X] No

**M** Marijuana Establishments only:  **1** ☐ Adult Use only  **2** ☐ Dual Lic. elected for-profit  **3** ☐ Dual Lic. did not elect for-profit  **4** ☐ NMMD only

**N** ADHS Registry Identification Number: _____

## Part 1 - Adjustment of Partnership Income From Federal to Arizona Basis

| | | | |
|---|---|--:|---|
| 1 | Federal ordinary business and rental income (loss) from Form 1065, Schedule K. See instructions ....... | **1** -432,469 | 00 |
| | **SCHEDULE A: Additions to Partnership Income** | | |
| **A1** | Total federal depreciation ....................... **A1** | | 00 |
| **A2** | Non-Arizona municipal bond interest ............. **A2** | | 00 |
| **A3** | Additions related to Arizona tax credits. See instructions **A3** | | 00 |
| **A4** | Other additions to partnership income. See instructions **A4** | | 00 |
| 2 | Total additions to partnership income: Add lines A1 through A4. Enter the total ............ | **2** | 00 |
| 3 | Subtotal: Add lines 1 and 2. Enter the total .................... | **3** -432,469 | 00 |
| | **SCHEDULE B: Subtractions From Partnership Income** | | |
| **B1** | Recalculated Arizona depreciation. See instructions ..... **B1** | | 00 |
| **B2** | Basis adjustment for property sold or otherwise disposed of during the taxable year. See instructions **B2** | | 00 |
| **B3** | Interest from U.S. government obligations ........ **B3** | | 00 |
| **B4** | Agricultural crops charitable contribution. See instructions **B4** | | 00 |
| **B5** | Other subtractions from partnership income. See instructions **B5** | | 00 |
| 4 | Total subtractions from partnership income: Add lines B1 through B5. Enter the total ......... | **4** | 00 |
| 5 | Partnership income adjusted to Arizona basis: Subtract line 4 from line 3. Enter the difference .... | **5** -432,469 | 00 |
| 6 | Net adjustment of partnership income from federal to Arizona basis: Subtract line 1 from line 5. Enter the difference ... | **6** | 00 |

**Penalty**

| | | | |
|---|---|--:|---|
| 7 | Penalty for late filing or incomplete filing. See instructions ................ | **7** | 00 |

## Part 2 - Calculation of Partnership Tax to be Paid at the Entity Level

*Complete only if the Partnership answered "Yes" to Question A on page 1.*

*Calculation of the income attributable to partners:*

| | | | |
|---|---|---|---|
| 8 | Enter the amount from line 5 | 8 | 00 |
| 9 | Enter the total of all items requiring separate computation | 9 | 00 |
| 10 | Add lines 8 and 9. Enter the total | 10 | 00 |
| 11 | Add lines E1 and E4 in column (c) of Schedule E. Enter the total. This is the total of the distributive shares of all resident individual partners and all resident estate and trust partners that did not opt out of the partnership's election to pay tax at the entity level. (See Instructions) | 11 | |
| 12 | Multiply line 10 by line 11. Enter the result. **This is the partnership income attributable to resident individual partners and resident trust and estate partners that did not opt out of the partnership's election to pay tax at the entity level** | 12 | 00 |
| 13 | Add lines E2 and E5 in column (c) of Schedule E. Enter the total. This is the total of the distributive shares of all nonresident individual partners and all nonresident estate and trust partners that did not opt out of the partnership's election to pay tax at the entity level. (See Instructions) | 13 | |
| 14 | Multiply line 10 by line 13. Enter the result. **This is the partnership income attributable to nonresident individual partners and nonresident trust and estate partners that did not opt out of the partnership's election to pay tax at the entity level** | 14 | 00 |
| 15 | Enter the distributive share from line E3, column (c) of Schedule E. This is the total of the distributive shares of all part-year resident partners that did not opt out of the partnership's election to pay tax at the entity level. (See Instructions) | 15 | |
| 16 | Multiply line 10 by line 15. Enter the result. This is the partnership income attributable to part-year resident partners that did not opt out of the partnership's election to pay tax at the entity level | 16 | 00 |
| | 16A  Enter the portion of line 16 that all part-year residents earned while residents of Arizona | 16A | 00 |
| | 16B  *Enter the portion of line 16 that all part-year residents earned while nonresidents of Arizona* | 16B | 00 |
| | NOTE: The total of lines **16A** and **16B** must equal the amount reported on line **16**. | | |
| 17 | Enter the distributive share from line E7, column (c) of Schedule E. This is the total of the distributive shares of all partners that opted out of the partnership's election to be taxed at the entity level and entity partners that are not eligible to make the election. (See Instructions) | 17 | |
| 18 | Multiply line 10 by line 17. Enter the result. **This is the partnership income attributable to all partners that opted out of the partnership's election to pay tax at the entity level and to the entities that are not eligible to make that election** | 18 | 00 |
| | NOTE: The total of lines 12, 14, 16 and 18 must equal the amount reported on line 10. | | |

*Calculation of the tax attributable to partners that did not opt out of the PTE election:*

| | | | |
|---|---|---|---|
| 19 | Add line 12 and line 16A. Enter the total | 19 | 00 |
| 20 | Multiply the amount on line 19 by the PTE tax rate, 2.5% (0.0250) Enter the result. **This is the amount of the tax attributable to resident partners and part-year resident partners (during the period of residency) that did not opt out of the partnership election to pay tax at the entity level** | 20 | 00 |
| 21 | Add line 14 and line 16B. Enter the total | 21 | 00 |
| 22 | Enter the Arizona apportionment ratio from Schedule C or Schedule ACA ... 22 | | |
| 23 | Multiply the amount on line 21 by the decimal on line 22. Enter the result | 23 | 00 |
| 24 | Multiply the amount on line 23 by the PTE tax rate, 2.5% (0.0250). Enter the result. **This is the amount of the tax attributable to nonresident partners and part-year resident partners (during the period of nonresidency) that did not opt out of the partnership election to pay tax at the entity level** | 24 | 00 |

*Calculation of the Partnership's PTE Tax, Interest and Penalties:*

| | | | |
|---|---|---|---|
| 25 | Add line 20 and line 24. Enter the total. This is the total amount of tax owed by the Partnership | 25 | 0  00 |
| 26 | Extension payment made with Form 120/165EXT | 26 | 00 |
| 27 | Estimated Tax Payments | 27 | 00 |
| 28 | Amended Returns. Payment made with original return plus all payments made after it was filed | 28 | 00 |
| 29 | Subtotal of tax payments. Add lines 26 through 28 | 29 | 0  00 |
| 30 | Overpayments of tax from original return or previously filed amended returns | 30 | 00 |
| 31 | Total payments. Subtract line 30 from line 29. Enter the difference | 31 | 00 |
| 32 | Balance of tax due: If line 25 is larger than line 31, subtract line 31 from line 25. Enter the difference | 32 | 0  00 |
| 33 | Overpayment of tax. If line 31 is larger than 25, subtract line 25 from line 31. Enter the difference | 33 | 00 |

*Calculation of the Partnership's PTE Tax, Interest and Penalties (continued):*

| | | | |
|---|---|---|---|
| 34 | Penalty and interest | 34 | 00 |
| 35 | Estimated underpayment penalty: If Form 220/PTE is included check this box ........ 35A ☐ | 35 | 00 |
| 36 | Information Return Penalty. Enter the amount from line 7 | 36 | 00 |
| 37 | Total amount due | 37 | 0 00 |
| 38 | Overpayment | 38 | 00 |
| 39 | Amount of line 38 to be applied to 2024 estimated tax | 39 | 00 |
| 40 | Amount to be refunded. Subtract line 39 from line 38. Enter the difference | 40 | 00 |

## SCHEDULE C  Apportionment Formula (Multistate Partnerships Only)

**IMPORTANT:** Qualifying air carriers must use Arizona Schedule ACA. Qualifying Multistate Service Providers must include Arizona Schedule MSP. If the *"SALES FACTOR ONLY"* box on page 1, line F, is checked, *complete only Section C3, Sales Factor, lines a through f.* See instructions.

| | | COLUMN A<br>Total Within Arizona<br>Round to nearest dollar | COLUMN B<br>Total Everywhere<br>Round to nearest dollar. | COLUMN C<br>Ratio Within Arizona<br>A ÷ B |
|---|---|---|---|---|
| **C1** | **Property Factor - STANDARD APPORTIONMENT ONLY**<br>Value of real and tangible personal property (by averaging the value of owned property at the beginning and end of the tax period; rented property at capitalized value). | | | |
| a | Owned Property (at original cost): | | | |
| | 1 Inventories | | | |
| | 2 Depreciable assets (do not include construction in progress). | | | |
| | 3 Land | | | |
| | 4 Other assets (describe): | | | |
| | 5 Less: Nonbusiness property (if included in above totals) | | | |
| | 6 Total of section a (the sum of lines 1 through 4 less line 5) | | | |
| b | Rented property (capitalize at 8 times net rent paid) | | | |
| c | Total owned and rented property (Total of section a plus section b) | 0 | | |
| **C2** | **Payroll Factor - STANDARD APPORTIONMENT ONLY**<br>Total wages, salaries, commissions and other compensation to employees (per federal Form 1065, or payroll reports) | | | |
| **C3** | **Sales Factor** | | | |
| a | Sales delivered or shipped to Arizona purchasers | | | |
| b | Sales from services or from designated intangibles **for qualifying multistate service providers only** (see instructions; include Schedule MSP) | | | |
| c | Other gross receipts | | | |
| d | Total sales and other gross receipts (the sum of lines a through c) | | | |
| e | Weight AZ sales: (STANDARD x 2; SALES FACTOR ONLY x 1) | x 2    OR    x 1 | | |
| f | Sales Factor Only (for Column A, multiply line d by line e; for Column B, enter the amount from line d; for Column C, divide Column A by Column B.) Skip line C4 and line C5.<br>**STANDARD Apportionment,** continue to C4.<br>**SALES FACTOR ONLY Apportionment,** enter the amount from Column C on Arizona Form 165, Schedule K-1(NR), Part 1, column (b)<br>If the PTE election is made, also enter this amount on Part 2, line 22 | | | |
| **C4** | **STANDARD Apportionment Total Ratio:** Add Column C of lines C1c, C2, and C3f. Enter the total | | | |
| **C5** | **Average Apportionment Ratio for STANDARD Apportionment:** Divide line C4, Column C, by four (4). Enter the result on Arizona Form 165, Schedule K-1(NR), Part 1, column (b). If the PTE election is made, also enter this result on Part 2, line 22. (If one of the factors is "0" in both Column A and Column B, see instructions.) | | | |

| SCHEDULE D | Partner Information |
|---|---|

Complete Schedule D for all partners in the partnership. If the partnership has more than 10 partners, include additional schedules as necessary.

| | (a)<br><br>Partner Name | (b)<br>Street Address<br><br>(c)<br>City, State, ZIP | (d)<br>Partner Tax<br>Identification<br>Number | (e)<br>Resident (R)<br>Nonresident (N)<br>Part-Yr Res (P)<br>Estate/Trust (E)<br>Other Entity (O) | (f)<br>Partner's<br>Distributive<br>Share<br>(Entered as a<br>decimal.) | (g)<br>Distributive<br>Share of Income<br>Page 1, Line 5<br>(See instructions) |
|---|---|---|---|---|---|---|
| D1 | SEE STATEMENT 1 | | | | | |
| D2 | | | | | | |
| D3 | | | | | | |
| D4 | | | | | | |
| D5 | | | | | | |
| D6 | | | | | | |
| D7 | | | | | | |
| D8 | | | | | | |
| D9 | | | | | | |
| D10 | | | | | | |
| | | **Include additional sheets as necessary** | | | | |

| SCHEDULE E | Summary of Partner Information -- See Instructions |
|---|---|

| | (a)<br>Partner Consent to PTE Election | (b)<br>Partner<br>Count | (c)<br>Total of Partners'<br>Distributive Shares<br>(See instructions) |
|---|---|---|---|
| E1 | Individual resident partners who did not opt out of the election ................... | | |
| E2 | Individual nonresident partners who did not opt out of the election ................... | | |
| E3 | Individual part-year resident partners who did not opt out of the election ................... | | |
| E4 | Resident estate and trust partners who did not opt out of the election ................... | | |
| E5 | Nonresident estate and trust partners who did not opt out of the election ................... | | |
| E6 | Add lines E1 through E5. Enter the totals. These are the totals for the partners who did not opt out of the PTE election ................... | | |
| E7 | Partners that opted out of the election or are excluded from making the election ................... | | |
| E8 | Total partner count and total of partnership distributive shares. Add lines E6 and E7 in columns (b) and (c). Enter the totals. (Column (c) should equal 1.000000.) ................... | | |

Case 2:24-bk-05001-BMW    Doc 1    Filed 06/21/24    Entered 06/21/24 11:43:19    Desc
Main Document    Page 48 of 59

## SCHEDULE F — Schedule of Tax Payments Applied to Partnership PTE Tax Liability

| | (a) Payment Date | (b) Estimated Tax Payment | (c) Extension Payment |
|---|---|---|---|
| F1 | | 00 | 00 |
| F2 | | 00 | 00 |
| F3 | | 00 | 00 |
| F4 | | 00 | 00 |
| F5 | | 00 | 00 |
| F6 | | 00 | 00 |
| F7 | Total Tax Payments | 00 | 00 |

## SCHEDULE G — Business Information

**G1.** Describe briefly the nature and location(s) of the partnership's Arizona business activities:

_____
_____
_____

**G2.** Describe briefly the nature and location(s) of the partnership's business activities outside of Arizona:

_____
_____
_____

| Declaration | I, the undersigned partner of the partnership for which this return is made, declare under penalty of perjury, that this return, including the accompanying schedules and statements, has been examined by me and is to the best of my knowledge and belief, a correct and complete return, made in good faith, for the taxable year stated pursuant to the income tax laws of the State of Arizona. |
|---|---|

**Please Sign Here**

PARTNER'S SIGNATURE      DATE      TITLE

PARTNER'S PRINTED NAME

**Paid Preparer's Use Only**

PAID PREPARER'S SIGNATURE    DATE 05/02/2024    PAID PREPARER'S TIN ********

PAID PREPARER'S PRINTED NAME

EIDE BAILLY LLP      FIRM'S EIN **-***0958
FIRM'S NAME (OR PAID PREPARER'S NAME, IF SELF-EMPLOYED)

5929 FASHION POINT DR., STE. 300    FIRM'S TELEPHONE NUMBER 801-621-1575
FIRM'S STREET ADDRESS

OGDEN, UT 84403-4684
CITY      STATE      ZIP CODE

This form must be e-filed unless the partnership has a waiver or is exempt from e-filing.
See instructions for details.

AZ 165              SCHEDULE D - PARTNER INFORMATION          STATEMENT 1

| NAME AND ADDRESS | PARTNER TIN | RN PE O | PARTNER'S OWNERSHIP PERCENTAGE | DISTRIBUTIVE SHARE OF INCOME (LOSS) |
|---|---|---|---|---|
| PARTNER #        1 | | | | |
| DONALD R COOLEY, III 1535 E SHEPPERD AVE MESA, AZ  85212 | ********* | R | 045.000000 | -216,235. |
| PARTNER #        2 | | | | |
| DONALD R COOLEY, JR. 10528 E PALLADIUM DR MESA, AZ  85212 | ********* | R | 045.000000 | -216,234. |
| PARTNER #        3 | | | | |
| ROBERTO P GALANTE 1935 E IVANHOE ST. GILBERT, AZ  85295 | ********* | R | 010.000000 | 0. |

CLIENT COPY

STATEMENT(S) 1

1

Corporate partners must use Form 165 Schedule K-1(NR).

For the [X] calendar year 2023 or [ ] fiscal year beginning _____ and ending _____ .

CHECK ONE: [X] Original  [ ] Amended

| Partner's Tax Identification Number | Partnership's Employer Identification Number (EIN) |
|---|---|
| ***–**–0621 | **–***9887 |

| Partner's Name | Partnership's Name |
|---|---|
| DONALD R COOLEY, III | SAN TAN MANUFACTURING LLC |

| Partner's Address - number and street or rural route | Partnership's Address - number and street or rural route |
|---|---|
| 1535 E SHEPPERD AVE | 2378 W APACHE TRAIL |

| Partner's City, Town or Post Office    State    ZIP Code | Partnership's City, Town or Post Office    State    ZIP Code |
|---|---|
| MESA, AZ  85212 | APACHE JCT, AZ 85120 |

**Pass-Through Entity Election:**

**A.** Did the partnership make the Pass-Through Entity (PTE) Election?    [ ] Yes    [X] No

**B.** If the partnership made the PTE Election, did this partner consent to that election?    [ ] Yes    [ ] No

| Partner's Percentage of: | Beginning of Year | End of Year |
|---|---|---|
| Profit sharing | 45.0000000 % | 45.0000000 % |
| Loss sharing | 45.0000000 % | 45.0000000 % |
| Ownership of capital | 45.0000000 % | 45.0000000 % |
| Type of partner (individual, trust, or estate) | INDIVIDUAL | |

**Part 1    Arizona Partnership Adjustment**

| | | | |
|---|---|---|---|
| 1 | Adjustment of partnership income from federal to Arizona basis from Form 165, page 1, line 6 | 1 | 00 |
| 2 | Partner's percentage of profit or loss (expressed as a decimal) | 2 | |
| 3 | Partner's distributive share of the adjustment of partnership income from federal to Arizona basis. Multiply line 1 by line 2 | 3 | 00 |

**Part 2    Net Capital Gain (Loss) From Investment in a Qualified Small Business - Information Schedule**

If the partner's federal Schedule K-1 (Form 1065) does not include any net capital gain (loss) from investment in a qualified small business as determined by the Arizona Commerce Authority, the partnership is not required to complete Part 2.

| Pro Rata Share Items | Distributive Share Amount |
|---|---|
| 4  Net capital gain (loss) from investment in a qualified small business          4 | |

**Part 3    Gain or Loss on Sale of Virtual Currency and Non-Fungible Tokens - Information Schedule**

To the extent not already excluded from Arizona gross revenue under the Internal Revenue Code, enter the value of virtual currency and non-fungible tokens received at the time of the airdrop.

| Pro Rata Share Items | Distributive Share Amount |
|---|---|
| 5  The value of Virtual Currency and Non-Fungible Tokens received at the time of the airdrop          5 | |

**Part 4**    **Gain or Loss on Sale of Virtual Currency and NFT's -**
**Gas Fees or Non-Fungible Tokens Basis - Information Schedule**

The amount allowed as a subtraction for gas fees not already included in the partnership's virtual currency or non-fungible tokens basis.

| Pro Rata Share Items | | Distributive Share Amount |
|---|---|---|
| 6   Gas fees not included in virtual currency or non-fungible tokens basis ................................................ | 6 | |

**Part 5**    **Net Capital Gain (Loss) From the Exchange of Legal Tender - Information Schedule**

If the partner's federal Schedule K-1 (Form 1065) does not include any net capital gain (loss) from the exchange of legal tender, the partnership is not required to complete Part 5.

| Pro Rata Share Items | | Distributive Share Amount |
|---|---|---|
| 7   Net capital gain (loss) from the exchange of legal tender ................................................ | 7 | |

**Part 6**    **Net Long-Term Capital Gain Subtraction - Information Schedule**

If the partner's federal Schedule K-1 (Form 1065) does not include any net long-term capital gain (loss), the partnership is not required to complete Part 6.

| Pro Rata Share Items From federal Form 1065, Schedule K-1 | | (a) Distributive Share Amount | (b) Net long-term capital gain (loss) included in column (a) from assets acquired before January 1, 2012 | (c) Net long-term capital gain (loss) included in column (a) from assets acquired after December 31, 2011 |
|---|---|---|---|---|
| 8   Total Net long-term capital gain (loss) ............ | 8 | | | |

ADDITIONAL INFORMATION:

| | | | | |
|---|---|---|---|---|
| 9   Net long-term capital gain (loss) from investment in a qualified small business (amount already included in line 8, column (c)) ................................ | 9 | | | |
| 10   Net long-term capital gain (loss) from the exchange of legal tender (amount already included in line 8, column (c)) .................... | 10 | | | |

CLIENT COPY

## Part 7   Partner's Share of the Partnership's Pass-Through Entity Election

If the partner consented to the partnership's election to be a Pass-Through Entity (PTE), complete Part 7. Otherwise, leave blank.

| Partner's Pro Rata Share of PTE Election | Partner's Distributive Share |
|---|---|
| **11** Partner's pro-rata share of the PTE Tax Credit. <br> • Individuals, enter this amount on Form 355, Part 1, line 1. <br> • Estates and trusts, see the instructions for Form 141AZ, line 19 to claim this credit ............ **11** | |
| **12** Partner's pro-rata share of the Arizona PTE Taxes paid in 2023 for taxable year 2022. <br> • Individuals that *did not make the Small Business Income election,* add this amount back on Form 140, page 5, line P, or Form 140PY, page 5, line O. <br> • Individuals that **made the Small Business Income election,** add this amount back on Form 140-SBI, line 25, or Form 140PY-SBI, line 25. <br> • Estates and trusts, add this amount back on Form 141AZ, Schedule B, line B3 ............ **12** | |
| **13** Partner's pro-rata share of the Arizona PTE Taxes paid in 2023 for taxable year 2023. <br> • Individuals that *did not make the Small Business Income election,* add this amount back on Form 140, page 5, line P, or Form 140PY, page 5, line O. <br> • Individuals that **made the Small Business Income election,** add this amount back on Form 140-SBI, line 25, or Form 140PY-SBI, line 25. <br> • Estates and trusts, add this amount back on Form 141AZ, Schedule B, line B3 ............ **13** | |
| **14** Partner's pro-rata share of comparable PTE Taxes from other states paid in 2023 for taxable year 2022. <br> • Individuals that *did not make the Small Business Income election,* add this amount back on Form 140, page 5, line P, or Form 140PY, page 5, line O. <br> • Individuals that **made the Small Business Income election,** add this amount back on Form 140-SBI, line 25, or Form 140PY-SBI, line 25. <br> • Estates and trusts, add this amount back on Form 141AZ, Schedule B, line B3 ............ **14** | |
| **15** Partner's pro-rata share of comparable PTE Taxes from other states paid in 2023 for taxable year 2023. <br> • Individuals that *did not make the Small Business Income election,* add this amount back on Form 140, page 5, line P, or Form 140PY, page 5, line O. <br> • Individuals that **made the Small Business Income election,** add this amount back on Form 140-SBI, line 25, or Form 140PY-SBI, line 25. <br> • Estates and trusts, add this amount back on Form 141AZ, Schedule B, line B3 ............ **15** | |

CLIENT COPY

| Arizona Form<br>165 Schedule K-1 | Resident and Part-Year Resident Partner's<br>Share of Adjustment to Partnership Income | **2023** |
|---|---|---|
| | Corporate partners must use Form 165 Schedule K-1(NR). | |

For the [X] calendar year 2023 or [ ] fiscal year beginning _____ and ending _____ .

CHECK ONE: [X] Original  [ ] Amended

| Partner's Tax Identification Number<br>***-**-3032 | Partnership's Employer Identification Number (EIN)<br>**-***9887 |
|---|---|
| Partner's Name<br>DONALD R COOLEY, JR. | Partnership's Name<br>SAN TAN MANUFACTURING LLC |
| Partner's Address - number and street or rural route<br>10528 E PALLADIUM DR | Partnership's Address - number and street or rural route<br>2378 W APACHE TRAIL |
| Partner's City, Town or Post Office          State    ZIP Code<br>MESA, AZ  85212 | Partnership's City, Town or Post Office          State    ZIP Code<br>APACHE JCT, AZ 85120 |

**Pass-Through Entity Election:**

**A.** Did the partnership make the Pass-Through Entity (PTE) Election?  [ ] Yes  [X] No

**B.** If the partnership made the PTE Election, did this partner consent to that election?  [ ] Yes  [ ] No

| Partner's Percentage of: | Beginning of Year | End of Year |
|---|---|---|
| Profit sharing | 45.0000000 % | 45.0000000 % |
| Loss sharing | 45.0000000 % | 45.0000000 % |
| Ownership of capital | 45.0000000 % | 45.0000000 % |
| Type of partner (individual, trust, or estate) | INDIVIDUAL | |

## Part 1    Arizona Partnership Adjustment

| | | | | |
|---|---|---|---|---|
| 1 | Adjustment of partnership income from federal to Arizona basis from Form 165, page 1, line 6 | | **1** | 00 |
| 2 | Partner's percentage of profit or loss (expressed as a decimal) | | **2** | |
| 3 | Partner's distributive share of the adjustment of partnership income from federal to Arizona basis.<br>Multiply line 1 by line 2 | | **3** | 00 |

## Part 2    Net Capital Gain (Loss) From Investment in a Qualified Small Business - Information Schedule

If the partner's federal Schedule K-1 (Form 1065) does not include any net capital gain (loss) from investment in a qualified small business as determined by the Arizona Commerce Authority, the partnership is not required to complete Part 2.

| Pro Rata Share Items | Distributive Share Amount |
|---|---|
| 4 Net capital gain (loss) from investment in a<br>qualified small business _____ **4** | |

## Part 3    Gain or Loss on Sale of Virtual Currency and Non-Fungible Tokens - Information Schedule

To the extent not already excluded from Arizona gross revenue under the Internal Revenue Code, enter the value of virtual currency and non-fungible tokens received at the time of the airdrop.

| Pro Rata Share Items | Distributive Share Amount |
|---|---|
| 5  The value of Virtual Currency and Non-Fungible Tokens received at the time of the airdrop _____ **5** | |

| Name of Partnership (as shown on page 1) | EIN |
|---|---|
| SAN TAN MANUFACTURING LLC | **-***9887 |

## Part 4 — Gain or Loss on Sale of Virtual Currency and NFT's - Gas Fees or Non-Fungible Tokens Basis - Information Schedule

The amount allowed as a subtraction for gas fees not already included in the partnership's virtual currency or non-fungible tokens basis.

| Pro Rata Share Items | Distributive Share Amount |
|---|---|
| 6   Gas fees not included in virtual currency or non-fungible tokens basis ............................................... **6** | |

## Part 5 — Net Capital Gain (Loss) From the Exchange of Legal Tender - Information Schedule

If the partner's federal Schedule K-1 (Form 1065) does not include any net capital gain (loss) from the exchange of legal tender, the partnership is not required to complete Part 5.

| Pro Rata Share Items | Distributive Share Amount |
|---|---|
| 7   Net capital gain (loss) from the exchange of legal tender ............................................... **7** | |

## Part 6 — Net Long-Term Capital Gain Subtraction - Information Schedule

If the partner's federal Schedule K-1 (Form 1065) does not include any net long-term capital gain (loss), the partnership is not required to complete Part 6.

| Pro Rata Share Items From federal Form 1065, Schedule K-1 | (a) Distributive Share Amount | (b) Net long-term capital gain (loss) included in column (a) from assets acquired before January 1, 2012 | (c) Net long-term capital gain (loss) included in column (a) from assets acquired after December 31, 2011 |
|---|---|---|---|
| 8   Total Net long-term capital gain (loss) ............ **8** | | | |

ADDITIONAL INFORMATION:

| | | | |
|---|---|---|---|
| 9   Net long-term capital gain (loss) from investment in a qualified small business (amount already included in line 8, column (c)) ............................................... **9** | | | |
| 10   Net long-term capital gain (loss) from the exchange of legal tender (amount already included in line 8, column (c)) ..................... **10** | | | |

CLIENT COPY

| Name of Partnership (as shown on page 1) | EIN |
|---|---|
| SAN TAN MANUFACTURING LLC | **-***9887 |

## Part 7  Partner's Share of the Partnership's Pass-Through Entity Election

If the partner consented to the partnership's election to be a Pass-Through Entity (PTE), complete Part 7. Otherwise, leave blank.

| Partner's Pro Rata Share of PTE Election | Partner's Distributive Share |
|---|---|
| **11** Partner's pro-rata share of the PTE Tax Credit.<br>• Individuals, enter this amount on Form 355, Part 1, line 1.<br>• Estates and trusts, see the instructions for Form 141AZ, line 19 to claim this credit ............................ **11** | |
| **12** Partner's pro-rata share of the Arizona PTE Taxes paid in 2023 for taxable year 2022.<br>• Individuals that *did not make the Small Business Income election,*  add this amount back on Form 140, page 5, line P, or Form 140PY, page 5, line O.<br>• Individuals that **made the Small Business Income election,** add this amount back on Form 140-SBI, line 25, or Form 140PY-SBI, line 25.<br>• Estates and trusts, add this amount back on Form 141AZ, Schedule B, line B3 ............................ **12** | |
| **13** Partner's pro-rata share of the Arizona PTE Taxes paid in 2023 for taxable year 2023.<br>• Individuals that *did not make the Small Business Income election,*  add this amount back on Form 140, page 5, line P, or Form 140PY, page 5, line O.<br>• Individuals that **made the Small Business Income election,** add this amount back on Form 140-SBI, line 25, or Form 140PY-SBI, line 25.<br>• Estates and trusts, add this amount back on Form 141AZ, Schedule B, line B3 ............................ **13** | |
| **14** Partner's pro-rata share of comparable PTE Taxes from other states paid in 2023 for taxable year 2022.<br>• Individuals that *did not make the Small Business Income election,*  add this amount back on Form 140, page 5, line P, or Form 140PY, page 5, line O.<br>• Individuals that **made the Small Business Income election,** add this amount back on Form 140-SBI, line 25, or Form 140PY-SBI, line 25.<br>• Estates and trusts, add this amount back on Form 141AZ, Schedule B, line B3 ............................ **14** | |
| **15** Partner's pro-rata share of comparable PTE Taxes from other states paid in 2023 for taxable year 2023.<br>• Individuals that *did not make the Small Business Income election,*  add this amount back on Form 140, page 5, line P, or Form 140PY, page 5, line O.<br>• Individuals that **made the Small Business Income election,** add this amount back on Form 140-SBI, line 25, or Form 140PY-SBI, line 25.<br>• Estates and trusts, add this amount back on Form 141AZ, Schedule B, line B3 ............................ **15** | |

CLIENT COPY

| Arizona Form<br>165 Schedule K-1 | Resident and Part-Year Resident Partner's<br>Share of Adjustment to Partnership Income | **2023** |
|---|---|---|

**Corporate partners must use Form 165 Schedule K-1(NR).**

For the [X] calendar year 2023 or [ ] fiscal year beginning _____ and ending _____ .

**CHECK ONE:** [X] Original  [ ] Amended

| Partner's Tax Identification Number<br>***-**-5713 | Partnership's Employer Identification Number (EIN)<br>**-***9887 |
|---|---|
| Partner's Name<br>ROBERTO P GALANTE | Partnership's Name<br>SAN TAN MANUFACTURING LLC |
| Partner's Address - number and street or rural route<br>1935 E IVANHOE ST. | Partnership's Address - number and street or rural route<br>2378 W APACHE TRAIL |
| Partner's City, Town or Post Office    State    ZIP Code<br>GILBERT, AZ  85295 | Partnership's City, Town or Post Office    State    ZIP Code<br>APACHE JCT, AZ 85120 |

**Pass-Through Entity Election:**

**A.** Did the partnership make the Pass-Through Entity (PTE) Election?  [ ] Yes  [X] No

**B.** If the partnership made the PTE Election, did this partner consent to that election?  [ ] Yes  [ ] No

| Partner's Percentage of: | Beginning of Year | End of Year |
|---|---|---|
| Profit sharing | 10.0000000 % | 10.0000000 % |
| Loss sharing | 10.0000000 % | 10.0000000 % |
| Ownership of capital | 10.0000000 % | 10.0000000 % |
| Type of partner (individual, trust, or estate) | INDIVIDUAL | |

## Part 1   Arizona Partnership Adjustment

| | | | |
|---|---|---|---|
| 1 | Adjustment of partnership income from federal to Arizona basis from Form 165, page 1, line 6 | **1** | 00 |
| 2 | Partner's percentage of profit or loss (expressed as a decimal) | **2** | |
| 3 | Partner's distributive share of the adjustment of partnership income from federal to Arizona basis.<br>Multiply line 1 by line 2 | **3** | 00 |

## Part 2   Net Capital Gain (Loss) From Investment in a Qualified Small Business - Information Schedule

If the partner's federal Schedule K-1 (Form 1065) does not include any net capital gain (loss) from investment in a qualified small business as determined by the Arizona Commerce Authority, the partnership is not required to complete Part 2.

| Pro Rata Share Items | Distributive Share Amount |
|---|---|
| 4 Net capital gain (loss) from investment in a qualified small business                **4** | |

## Part 3   Gain or Loss on Sale of Virtual Currency and Non-Fungible Tokens - Information Schedule

To the extent not already excluded from Arizona gross revenue under the Internal Revenue Code, enter the value of virtual currency and non-fungible tokens received at the time of the airdrop.

| Pro Rata Share Items | Distributive Share Amount |
|---|---|
| 5  The value of Virtual Currency and Non-Fungible Tokens received at the time of the airdrop                **5** | |

ADOR 10344 (23)      337141  10-23-23

| Name of Partnership (as shown on page 1) | EIN |
|---|---|
| SAN TAN MANUFACTURING LLC | **-***9887 |

## Part 4 — Gain or Loss on Sale of Virtual Currency and NFT's - Gas Fees or Non-Fungible Tokens Basis - Information Schedule

The amount allowed as a subtraction for gas fees not already included in the partnership's virtual currency or non-fungible tokens basis.

| Pro Rata Share Items | | Distributive Share Amount |
|---|---|---|
| 6   Gas fees not included in virtual currency or non-fungible tokens basis ......................................................... | 6 | |

## Part 5 — Net Capital Gain (Loss) From the Exchange of Legal Tender - Information Schedule

If the partner's federal Schedule K-1 (Form 1065) does not include any net capital gain (loss) from the exchange of legal tender, the partnership is not required to complete Part 5.

| Pro Rata Share Items | | Distributive Share Amount |
|---|---|---|
| 7   Net capital gain (loss) from the exchange of legal tender ...................................................... | 7 | |

## Part 6 — Net Long-Term Capital Gain Subtraction - Information Schedule

If the partner's federal Schedule K-1 (Form 1065) does not include any net long-term capital gain (loss), the partnership is not required to complete Part 6.

| Pro Rata Share Items From federal Form 1065, Schedule K-1 | | (a) Distributive Share Amount | (b) Net long-term capital gain (loss) included in column (a) from assets acquired before January 1, 2012 | (c) Net long-term capital gain (loss) included in column (a) from assets acquired after December 31, 2011 |
|---|---|---|---|---|
| 8   Total Net long-term capital gain (loss) ............ | 8 | | | |

ADDITIONAL INFORMATION:

| | | | | |
|---|---|---|---|---|
| 9   Net long-term capital gain (loss) from investment in a qualified small business (amount already included in line 8, column (c)) ............................................ | 9 | | | |
| 10   Net long-term capital gain (loss) from the exchange of legal tender (amount already included in line 8, column (c)) ...................... | 10 | | | |

Case 2:24-bk-05001-BMW   Doc 1   Filed 06/21/24   Entered 06/21/24 11:43:19   Desc
Main Document   Page 58 of 59

| Name of Partnership (as shown on page 1) | EIN |
|---|---|
| SAN TAN MANUFACTURING LLC | **-***9887 |

## Part 7  Partner's Share of the Partnership's Pass-Through Entity Election

If the partner consented to the partnership's election to be a Pass-Through Entity (PTE), complete Part 7. Otherwise, leave blank.

| Partner's Pro Rata Share of PTE Election | | Partner's Distributive Share |
|---|---|---|
| **11** | Partner's pro-rata share of the PTE Tax Credit. | |
| | • Individuals, enter this amount on Form 355, Part 1, line 1. | |
| | • Estates and trusts, see the instructions for Form 141AZ, line 19 to claim this credit ............................. **11** | |
| **12** | Partner's pro-rata share of the Arizona PTE Taxes paid in 2023 for taxable year 2022. | |
| | • Individuals that *did not make the Small Business Income election,* add this amount back on Form 140, page 5, line P, or Form 140PY, page 5, line O. | |
| | • Individuals that **made the Small Business Income election,** add this amount back on Form 140-SBI, line 25, or Form 140PY-SBI, line 25. | |
| | • Estates and trusts, add this amount back on Form 141AZ, Schedule B, line B3 ...................... **12** | |
| **13** | Partner's pro-rata share of the Arizona PTE Taxes paid in 2023 for taxable year 2023. | |
| | • Individuals that *did not make the Small Business Income election,* add this amount back on Form 140, page 5, line P, or Form 140PY, page 5, line O. | |
| | • Individuals that **made the Small Business Income election,** add this amount back on Form 140-SBI, line 25, or Form 140PY-SBI, line 25. | |
| | • Estates and trusts, add this amount back on Form 141AZ, Schedule B, line B3 ...................... **13** | |
| **14** | Partner's pro-rata share of comparable PTE Taxes from other states paid in 2023 for taxable year 2022. | |
| | • Individuals that *did not make the Small Business Income election,* add this amount back on Form 140, page 5, line P, or Form 140PY, page 5, line O. | |
| | • Individuals that **made the Small Business Income election,** add this amount back on Form 140-SBI, line 25, or Form 140PY-SBI, line 25. | |
| | • Estates and trusts, add this amount back on Form 141AZ, Schedule B, line B3 ...................... **14** | |
| **15** | Partner's pro-rata share of comparable PTE Taxes from other states paid in 2023 for taxable year 2023. | |
| | • Individuals that *did not make the Small Business Income election,* add this amount back on Form 140, page 5, line P, or Form 140PY, page 5, line O. | |
| | • Individuals that **made the Small Business Income election,** add this amount back on Form 140-SBI, line 25, or Form 140PY-SBI, line 25. | |
| | • Estates and trusts, add this amount back on Form 141AZ, Schedule B, line B3 ...................... **15** | |

CLIENT COPY

ADOR 10344 (23)    337143   10-23-23                    **AZ Form 165, Schedule K-1 (2023)**                    Page 3 of 3

Case 2:24-bk-05001-BMW    Doc 1    Filed 06/21/24    Entered 06/21/24 11:43:19    Desc
Main Document        Page 59 of 59